# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

RUSSELL A. PULS, JR.,

     Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC., a Colorado corporation

     Defendants,

_____

## NOTICE OF REMOVAL
_____

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Landmark Community Newspapers, Inc., and Landmark Community Newspapers of Colorado, Inc., hereby remove this action, originally filed in the District Court for Jefferson County, Colorado, to the United States District Court for the District of Colorado. Removal is proper based upon the following grounds:

1.     This action was filed in the District Court for Jefferson County, Colorado on January 5, 2007, and Defendants were served with a summons and copy of the Complaint and Jury Demand on that date.

2.     Pursuant to 28 U.S.C. § 1446(a) and D.C.Colo.LCivR 81.1, copies of the Summons and Complaint are attached hereto as Exhibit A. Defendants filed an answer in the state court on January 23, 2007, a copy of which is attached hereto as Exhibit B. No hearings have been set in that Court.

3.     Plaintiff alleges a violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 (e), *et seq.*

4. Pursuant to the foregoing, Plaintiff's Title VII claim arises under the Constitution, laws or treaties of the United States as defined under 28 U.S.C. § 1331.

5. This Court has original jurisdiction over the Title VII claim pursuant to 28 U.S.C. § 1331 and this matter may be removed to this Court by the Defendants under 28 U.S.C. § 1441.

6. Plaintiff also alleges two state law claims. Both claims arise out of the same transaction or occurrence as the Title VII claim.

7. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a) and those claims may also be removed to this Court by the Defendants pursuant to the supplemental jurisdiction statute.

8. Venue is proper in the District of Colorado pursuant to 28 U.S.C. § 1441.

9. This Notice of Removal is being filed within thirty days of the service of the Complaint and Jury Demand on Defendants as required in 28 U.S.C. § 1446(b).

10. Defendants represent that promptly upon filing, a copy of the instant Notice of Removal will be served on Plaintiff, and a copy will also be filed with the District Court of Jefferson County, Colorado.

WHEREFORE, Defendants request that the above action pending in the District Court for Jefferson County, Colorado, be removed therefrom to this Court.

Respectfully submitted this 23rd day of January, 2007.

      ___s/Barbara A. Grandjean_____
      Barbara A. Grandjean
      JACOBS CHASE FRICK KLEINKOPF & KELLEY, LLC
      1050 17th Street, Suite 1500
      Denver, Colorado 80265
      Phone: (303) 685-4800
      Fax: (303) 685-4869
      E-mail: bgrandjean@jcfkk.com
      **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following via e-mail and, in addition, was sent via first class U.S. mail, postage pre-paid, addressed to the following:

> Bruce G. Smith, Esq.
> Darling, Bergstrom & Milligan, P.C.
> 1515 Arapahoe Street, Tower I, Suite 530
> Denver, Colorado 80202
> bsmith@dbm-law.com

s/Kelly H. Fuller