# SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 - 47 and D.C.COLO.LCivR 81.1, the removing party shall promptly file copies of all state court pleadings not attached to the notice of removal.

| Section A - Plaintiffs | Section B - Defendants |
|---|---|
| Plaintiffs remaining in action at the time of filing the notice of removal | Defendants remaining in action at the time of filing the notice of removal |
| **Russell A. Puls, Jr.** | **Landmark Community Newspapers, Inc., a Virginia corporation, and Landmark Community Newspapers of Colorado, Inc., a Colorado corporation** |

### Section C - Pending Motions As of Date of Removal
Title of Motion:

1) __**None**_____
2) _____
3) _____
4) _____
(Use reverse for additional information if necessary)

Date Motion Filed:

_____
_____
_____
_____

### Section D - Hearings

Are hearings set on any motions? If yes, please list motion, date of hearing, and the assigned judge:
   __**None**_____
_____
_____
_____
_____
_____
_____

   s/Barbara A. Grandjean
Signature of Attorney for Removing Party
Telephone Number: 303-685-4800
Date: January 23, 2007

(Rev. 04/06/06)

State Court Case No.: 2007 CV 0042

{00209702.DOC}