```
nWed Jan 24 07:31:29 2007

    UNITED STATES DISTRICT COURT

    DENVER           , CO

    Receipt No.   100 273901
    Cashier         carol

    C.C. Number: SEE CRED CARD         06/08

    DD Code    Div No
     4613        1

    Sub Acct Type Tender      Amount
    1:510000  N     4         190.00
    2:086900  N     4          60.00
    3:086400  N     4         100.00

    Total Amount        $    350.00

    FROM JACOBS CHASE FRICK KLEINKOPF AND KE
    LLEY, LLC

    FILING FEE 07-CV-00170, PULS V. LANDMARK
    , CAH
```