**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

RUSSELL A. PULS, JR.,

    Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC., a Colorado corporation

    Defendants,

_____

**DEFENDANTS LANDMARK COMMUNITY NEWSPAPERS, INC., AND
LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC.'S
RULE 7.4 DISCLOSURE STATEMENT**
_____

    Defendants Landmark Community Newspapers, Inc. and Landmark Community Newspapers of Colorado, Inc., (together, "LCNI") state pursuant to D.C.COLO.LCivR 7.4 that Landmark Community Newspapers of Colorado, Inc. is wholly owned by Landmark Community Newspapers, Inc., which is wholly owned by Landmark Communications, Inc., and there are no publicly-held entities which own ten percent or more of LCNI's stock.

    Dated this 23rd day of January, 2007.

                                    _____s/Barbara A. Grandjean_____
                                    Barbara A. Grandjean
                                    JACOBS CHASE FRICK KLEINKOPF & KELLEY, LLC
                                    1050 17th Street, Suite 1500
                                    Denver, Colorado 80265
                                    Phone: (303) 685-4800
                                    Fax: (303) 685-4869
                                    E-mail: bgrandjean@jcfkk.com
                                    **ATTORNEYS FOR DEFENDANTS**

{00209713.DOC}

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, a true and correct copy of the foregoing **DEFENDANTS LANDMARK COMMUNITY NEWSPAPERS, INC., AND LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC.'S RULE 7.4 DISCLOSURE STATEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following via e-mail and, in addition, was sent via first class U.S. mail, postage pre-paid, addressed to the following:

> Bruce G. Smith, Esq.
> Darling, Bergstrom & Milligan, P.C.
> 1515 Arapahoe Street, Tower I, Suite 530
> Denver, Colorado 80202
> bsmith@dbm-law.com

s/Kelly H. Fuller