# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

      Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC., a Colorado corporation

      Defendants,

---

## ENTRY OF APPEARANCE

---

      William M. Furr, of the law firm of Willcox & Savage, P.C. hereby enters his appearance as counsel of record for the Defendants, Landmark Community Newspapers, Inc. and Landmark Community Newspapers of Colorado, Inc., with the clients' consent.

      Dated this __20th__ day of February, 2007.

                                              s/William M. Furr
                                     William M. Furr, Esq.
                                     Willcox & Savage, P.C.
                                     1800 Bank of America Center
                                     Norfolk, Virginia  23510
                                     Phone: (757) 628-5651
                                     Fax: (757) 628-5566
                                     E-mail: wfurr@wilsav.com

                                     **ATTORNEYS FOR DEFENDANTS**

I-746176.1
02/20/2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on February  20 , 2007, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following via e-mail and, in addition, was sent via first class U.S. mail, postage pre-paid, addressed to the following:

>Bruce G. Smith, Esq.
>Darling, Bergstrom & Milligan, P.C.
>1515 Arapahoe Street, Tower I, Suite 530
>Denver, Colorado 80202
>bsmith@dbm-law.com

s/William M. Furr

2

I-746176.1
02/20/2007