## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action:  07-cv-00170-RPM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date:  March 13, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

RUSSELL A. PULS, JR.,                                                     Bruce G. Smith

    **Plaintiff,**

v.

LANDMARK COMMUNITY NEWSPAPER, INC.,               Barbara A. Grandjean
a Virginia corporation, *et al.*,                                              William M. Furr

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:     RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        8:30 a.m.**
Court calls case.  Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:  **May 1, 2007.**

Discovery Cut-off for initial summary judgment issue:  **May 7, 2007.**

Initial Summary judgment motions:  **May 22, 2007.**

!        Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:        8:44 a.m.**
Total time in court:     00:14