IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
A Virginia corporation, and LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC., a Colorado corporation

## STIPULATED MOTION FOR PROTECTIVE ORDER

    Plaintiff, Russell A. Puls, Jr., by and through his attorney, Bruce G. Smith, of the law firm of Darling, Bergstrom & Milligan, PC, and Defendants, Landmark Community Newspapers, Inc. and Landmark Community Newspapers of Colorado, Inc. by and through its attorneys, Barbara A. Grandjean, of the law firm of Jacobs, Chase, Frick, Kleinkopf & Kelley, LLC and William M. Furr, of the law firm of Willcox & Savage, P.C., move this Court for entry of the attached Protective Order stipulated to between the parties, and in support hereof, state as follows:

    1.    This case arises out of an employment dispute between the parties.

    2.    The parties anticipate exchanging a substantial number of documents that may contain confidential, private and/or proprietary information and taking depositions in which there may be confidential information disclosed.

    3.    As a result, the parties have agreed to the entry of a Protective Order, a proposed copy of which is attached hereto.

    4.    The Protective Order agreed to between the parties promotes efficient discovery. Therefore, pursuant to F.R.C.P. 26 (c), the parties have good cause for entry of the protective order relating to documents exchanged between the parties.

    WHEREFORE, the parties respectfully request that this Court enter the Protective Order attached hereto.

I-753349.1

Respectfully submitted this _____ day of April, 2007.

          DARLING, BERGSTROM & MILLIGAN, PC

By: _____
          Bruce G. Smith, No. 3646
          Attorney for Plaintiff
          1515 Arapahoe Street
          Tower 1, Suite 530
          Denver, CO 80202
          Telephone: (303) 623-9133

JACOBS CHASE FRICK KLEINKOPF & KELLEY, LLC

By: _____
          Barbara A. Grandjean, No.
          Attorneys for Defendants
          1050 17th Street, Suite 1500
          Denver, CO 80265
          Telephone: (303) 685-4800

WILLCOX & SAVAGE, P.C.

By: _____
          William M. Furr (VSB#29554)
          Attorneys for Defendants
          One Commercial Place, Suite 1800
          Norfolk, Virginia 23510
          Telephone: (757) 628-5651

I-753349.1