IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 07-CV-00170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

vs.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC., a Colorado corporation

    Defendants.

## MOTION TO AMEND COMPLAINT

Plaintiff Russell Puls, by his attorneys Darling, Bergstrom & Milligan, PC, and pursuant to Fed.R.Civ.P. 15 and the Scheduling Order herein, moves to amend his complaint in this action by the filing of the attached Amended Complaint and Jury Demand.

Pursuant to D.C.COLO.LCivR 7.1, the undersigned certifies that he conferred with Defendants' attorney William Furr prior to filing the within motion, requested consent to the filing of the amendment and provided a copy of the amended complaint, and that Mr. Furr had not advised of his position on the amendment by the end of the day on May 1, the deadline for filing a permissive amendment under the Scheduling Order.

As grounds, Mr. Puls states:

1.    The amendment serves to more fully state the factual basis of his claims and put at issue the facts in dispute. It does not add or withdraw any claims.

2.  The filing of the motion will not delay the prosecution of this matter or prejudice any party.

WHEREFORE, Plaintiff Russell Puls requests this Court grant him leave to file and serve the attached Amended Complaint and Jury Demand.

Respectfully submitted this 1st day of May, 2007.

                                                DARLING, BERGSTROM & MILLIGAN, PC

By: _/s/ Bruce G. Smith_____

                                                   Bruce G. Smith
Attorney for Plaintiff
1515 Arapahoe Street
Tower 1, Suite 530
Denver, CO 80202
Telephone: (303) 623-9133

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2007, a true and correct copy of the foregoing Motion to Amend Complaint was filed electronically and served to the following:

Barbara A. Grandjean, Esq.
Jacobs, Chase, Frick, Kleinkopf & Kelley, LLC
1050 17th Street, Suite 1500
Denver, Colorado 80265

William M. Furr, Esq.
Willcox & Savage, P.C.
1800 Bank of America Center
Norfolk, Virginia 23510

_____
Chris Allen, Legal Assistant