**COLORADO PARENT MAGAZINE**

The GO-TO Source for Parents

5460 S. Quebec Street · Suite 130
Greenwood Village, CO 80111
(p) 303.320.1000
(f) 303.722.2330
ColoradoParent.com

January 11, 2006

Russell Puls
28954 Needles Trail
Evergreen, CO 80439

Dear Russell Puls:

We are delighted you have accepted the position of Sales Manager with United Parenting Publications and *Colorado Parent*.

As we discussed, your employment will begin on January 23, 2006. You will be paid a bi-weekly amount of $1808 in base pay. You will also be eligible for $2500 in bonus paid monthly. (A compensation plan is being prepared for you). As you will be a selling manager, you will also be compensated at 10% for all your sales above $8000 a month. This will be paid monthly as well.

As you know, this offer of employment is contingent upon your passing a post-offer, pre-employment drug test. You will be notified by telephone of your drug test results. In addition, you must execute the following documents as a condition of employment.

- Arbitration agreement
- Agreement with Restrictive Covenants

Please find enclosed the following documents for your review:

- Mutual Agreement to Arbitrate
- National Rules for the Resolution of Employment Disputes
- Arbitration Process Questions and Answers
- Agreement with Restrictive Convenants

You will be eligible to enroll on our benefits program after 60 days of employment. Our benefits program will be reviewed with you when you commence employment.

We are confident you will find this important position both fulfilling and challenging. I am sure you will make a significant contribution to our future success. Welcome to our Team!

Sincerely,

David Suslavsky
National Publishing Director

EXHIBIT B