IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

      Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and
LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC.,
a Colorado corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that the deadline for Defendants to respond to Plaintiff's Motion to Amend Complaint (*doc. no. 16)* is on or before **May 15, 2007**.  *A reply brief will not be accepted.*

**DATED:**      May 2, 2007