IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

v.

LANDMARK COMMUNITY
NEWSPAPERS, INC., a Virginia corporation, and
LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC.,
a Colorado corporation,

    Defendants.

---

**NOTICE MOTION TO AMEND COMPLAINT IS UNOPPOSED**

---

    Plaintiff Russell Puls ("Plaintiff") filed his Motion to Amend Complaint on May 1, 2007. At the time Plaintiff filed his Motion, counsel for Defendants, William Furr, had not had an opportunity to respond, pursuant to D.C.Colo.L.Civ.R. 7.1A, with Defendants' position regarding the relief being requested by Plaintiff.

    Counsel for Defendants has subsequently advised Plaintiff's counsel that Defendants do not object to the relief being requested by Plaintiff in his Motion. Therefore, Plaintiff's Motion to Amend Complaint is unopposed.

{00216342.DOC}

DATED: May 7, 2007.

                                                   s/ Barbara A. Grandjean
Barbara A. Grandjean
JACOBS CHASE FRICK KLEINKOPF & KELLEY, LLC
1050 17th Street, Suite 1500
Denver, Colorado 80265
Phone: (303) 685-4800
Fax: (303) 685-4869
E-mail: bgrandjean@jcfkk.com

William M. Furr (VSB#29554)
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: (757) 628-5651
Fax: (757) 628-5566
E-mail: wfurr@wilsav.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2007, a true and correct copy of the foregoing **NOTICE MOTION TO AMEND COMPLAINT IS UNOPPOSED** was served via facsimile and United States mail on the following:

Bruce G. Smith, Esq.
Darling, Bergstrom & Milligan, P.C.
1515 Arapahoe Street
Tower I, Suite 530
Denver, Colorado 80202



                                  s/Teresa A. Mercill

{00216342.DOC}         3