IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and
LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC.,
a Colorado corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint *(doc. no. 16)* is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, the amended complaint *(doc no. 16-2)*, and exhibits A and B *(doc. nos. 16-3 and 16-4)* tendered to the court on May 1, 2007.

**DATED:**    May 17, 2007