IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

       Plaintiff,

v.

LANDMARK COMMUNITY
NEWSPAPERS, INC., a Virginia corporation, and
LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC.,
a Colorado corporation,

       Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, Landmark Community Newspapers, Inc. ("LCNI") and Landmark Community Newspapers of Colorado, Inc. (collectively referred to as "Defendants"), by counsel, and moves this Honorable Court to grant summary judgment under Rule 56 of the Federal Rules of Civil Procedure, and in support thereof states as follows:

1.    Plaintiff, Russell A. Puls, has filed his suit alleging breach of contract, tortious interference with contractual relations, and Title VII retaliation.

2.    Plaintiff's breach of contract claim against Defendants fails because he cannot show that Defendants provided a non-neutral reference to an entity not affiliated with LCNI.

3.    Plaintiff claim of tortious interference fails because he cannot show that Defendants wrongfully caused a breach of contract.

{00217210.DOC}

4.      Plaintiff's claim of Title VII retaliation fails because he cannot show any retaliatory action on Defendants' part.

5.      An opening brief in support of Defendants' Motion for Summary Judgment is being filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that this Court enter judgment in favor of Defendants and against Plaintiff on all claims for relief in the Amended Complaint.

DATED:  May 22, 2007.

s/ Barbara A. Grandjean
Barbara A. Grandjean
**JACOBS CHASE FRICK KLEINKOPF & KELLEY, LLC**
1050 17th Street, Suite 1500
Denver, Colorado 80265
Phone: (303) 685-4800
Fax: (303) 685-4869
E-mail: bgrandjean@jacobschase.com

William M. Furr (VSB#29554)
**WILLCOX & SAVAGE, P.C.**
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone:  (757) 628-5651
Fax:  (757) 628-5566
E-mail:  wfurr@wilsav.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2007, a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was served electronically on the following:

Bruce G. Smith, Esq.
Darling, Bergstrom & Milligan, P.C.
1515 Arapahoe Street
Tower I, Suite 530
Denver, Colorado 80202



s/ Teresa A. Mercill