

**JACOBS
CHASE
FRICK
KLEINKOPF
&KELLEY**LLC

ATTORNEYS

**Barbara A. Grandjean**
303-892-4458
bgrandjean@jcfkk.com

June 4, 2007

**Via Lexis/Nexis File & Serve**

Clerk of the Court
United States District Court
For the District of Colorado
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

Re:  *Puls, Jr. v. Landmark Community Newspapers, Inc., et al.,*
07-CV-00170-RPM-CBS (D. Colo.)

Dear Clerk:

On Friday, June 1, 2007, Defendants filed their Answer to the Amended Complaint and Jury Demand in the above-referenced case. *See* Docket Entry No. 24. The copy electronically filed through Lexis/Nexis File & Serve did not contain the properly signed signature page. This letter encloses the signed signature page to Defendants' Answer, and should be linked to Docket Entry No. 24 in this proceeding.

Please let me know if you have any further questions.

Sincerely,

Barbara A. Grandjean

/tam
Enclosure

1050 17th Street
Suite 1500
Denver, CO 80265
303-685-4800
303-685-4869 fax
www.jcfkk.com

{00218044.DOC}

## TENTH DEFENSE

Plaintiff's claims are barred in whole or in part by his unclean hands.

## ELEVENTH DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrines of waiver, estoppel and release.

## TWELFTH DEFENSE

On information and belief, Plaintiff has failed to mitigate his damages, if any.

## THIRTEENTH DEFENSE

Plaintiff's damages, if any, are caused by parties other than Defendants.

Defendants reserve the right to allege additional affirmative defenses as Plaintiff's claims are clarified during the course of this litigation.

WHEREFORE, Defendants demand that judgment be entered in their favor and against Plaintiff and that Plaintiff's claims be dismissed against Defendants in their entirety; that Defendants be awarded their attorneys' fees to the extent permitted by law; and for such other relief as this Court deems just and proper.

DATED: June 1, 2007.

s/ Barbara A. Grandjean
Barbara A. Grandjean
JACOBS CHASE FRICK KLEINKOPF & KELLEY, LLC
1050 17th Street, Suite 1500
Denver, Colorado 80265
Phone: (303) 685-4800
Fax: (303) 685-4869
E-mail: bgrandjean@jacobschase.com

{00217900.DOC}                                6