

SINCE 1895

**WILLCOX & SAVAGE**

ATTORNEYS AT LAW

William M. Furr
(757) 628-5651
wfurr@wilsav.com

48886.047

May 31, 2007

<u>**Via Electronic and U.S. Mail**</u>

Bruce G. Smith, Esq.
Darling, Bergstrom & Milligan, P.C.
1515 Arapahoe Street, Tower I, Suite 530
Denver, Colorado 80202

Re: Russell A. Puls, Jr. v. Landmark Community Newspapers, Inc., et al
Civil Action No. 07-cv-00170

Dear Bruce:

The following is the list of privileged documents that Dominion Enterprises has withheld from production:

| Document | Author | Recipient | Subject | Privilege |
|---|---|---|---|---|
| 1. Notes | Sunny Sonner | Susan Blake, Esq. | Russell Puls | Attorney-Client<br>Attorney Work Product |
| 2. Notes | Susan Blake, Esq. | N/A | Russell Puls | Attorney-Client<br>Attorney Work Product |
| 3. E-mail | Susan Blake, Esq. | David Saslavsky | Russell Puls | Attorney-Client<br>Attorney Work Product |
| 4. Memo | Susan Blake, Esq. | David Saslavsky | Russell Puls | Attorney-Client<br>Attorney Work Product |
| 5. Memo | Susan Blake, Esq. | Britt Reid | Russell Puls | Attorney-Client<br>Attorney Work Product |

Reply to Norfolk Office

ONE COMMERCIAL PLACE   SUITE 1800   NORFOLK, VIRGINIA 23510   757.628.5500   FACSIMILE 757.628.5566
222 CENTRAL PARK AVENUE   SUITE 1500   VIRGINIA BEACH, VIRGINIA 23462   757.628.5600   FACSIMILE 757.628.5659

WWW.WILLCOXANDSAVAGE.COM

EXHIBIT 1

Willcox & Savage

Bruce G. Smith, Esq.
May 31, 2007
Page 2

| Document | Author | Recipient | Subject | Privilege |
|---|---|---|---|---|
| 6. Fax Cover Sheet | Susan Blake, Esq. | William Furr, Esq. | Russell Puls | Attorney-Client<br>Attorney Work Product |
| 7. Notes | Susan Blake, Esq. | N/A | Russell Puls | Attorney-Client<br>Attorney Work Product |
| 8. Fax Cover Sheet | Susan Blake, Esq. | Ashley Pack, Esq. | Russell Puls | Attorney-Client<br>Attorney Work Product |

As indicated in my email to you on May 26, 2007, attached please find two additional documents from Dominion. A telephone message slip to Sunny Sonner with Kim Hogan's telephone number on it and the fax coversheet that accompanied Russell Pul's application.

Please feel free to call me if you have any questions regarding the privileged documents or the documents produced by Dominion.

Sincerely,

William M. Furr

WMF:cw
Enclosure

cc:   Barbara A. Grandjean, Esq.
      Ruby W. Lee, Esq.