Case No. 1:07-cv-00170-RPM-CBS    Document 27-7    filed 06/11/07    USDC Colorado    pg 1 of 1

23 Am. Jur. 2d Depositions and Discovery § 30

American Jurisprudence, Second Edition
Database updated May 2007

Depositions and Discovery
John R. Kennel, J. D., of the National Legal Research Group, Inc.

Part One. Depositions and Discovery in Civil Actions
II. SCOPE OF DISCOVERY
A. In General

Topic Summary   Correlation Table   References

### § 30. Privileges—Waiver

**West's Key Number Digest**

West's Key Number Digest, Federal Civil Procedure ⇨1414.1 to 1416
West's Key Number Digest, Pretrial Procedure ⇨34

**A.L.R. Library**

What persons or entities may assert or waive corporation's attorney-client privilege—Modern cases, 28 A.L.R. 5th 1.

Propriety of allowing state court civil litigant to call expert witness whose name or address was not disclosed during pretrial discovery proceedings, 58 A.L.R. 4th 653.

Assertion of privilege in pretrial discovery proceedings as precluding waiver of privilege at trial, 36 A.L.R. 3d 1367.

Waiver of evidentiary privilege by inadvertent disclosure—Federal law, 159 A.L.R. Fed. 153.

    Although the right to object to discovery on the grounds of privilege is not always lost merely because there has been disclosure,[FN1] a privilege may be waived during the discovery process.[FN2] The attorney-client privilege is waived, for example, if the allegedly privileged information is disclosed by testimony in an examination before trial as to matters covered by the attorney-client privilege,[FN3] or by voluntarily surrendering written reports to an opposing party or orally disclosing matters to that party at a pretrial conference.[FN4] However, a party does not waive its claim to a privilege when it does not have an adequate opportunity to claim it and is, in effect, compelled to produce the privileged documents.[FN5]


EXHIBIT 7