**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.: 07-CV-00170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

vs.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC., a Colorado corporation

    Defendants.

## WITHDRAWAL OF MOTION TO COMPEL

Plaintiff Russell Puls, by his attorneys Darling, Bergstrom & Milligan, PC, and with leave of Court withdraws his Motion to Compel Pursuant to Fed.R.Civ.P. 37.

Plaintiff states that defense counsel has now provided all documents previously withheld under the claim of privilege and the issue, while legitimately brought, is now moot.

Submitted this 13th day of June, 2007.

                                  DARLING, BERGSTROM & MILLIGAN, PC

                    By:    /s/ Bruce G. Smith
                            Bruce G. Smith
                            Attorney for Plaintiff
                            1515 Arapahoe Street
                            Tower 1, Suite 530
                            Denver, CO 80202
                            Telephone: (303) 623-9133

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of June, 2007, a true and correct copy of the foregoing **WITHDRAWAL OF MOTION TO COMPEL** was filed and served electronically and by U.S. Mail to the following:

Barbara A. Grandjean, Esq.
Jacobs, Chase, Frick, Kleinkopf & Kelley, LLC
1050 17th Street, Suite 1500
Denver, Colorado 80265

William M. Furr, Esq.
Willcox & Savage, P.C.
1800 Bank of America Center
Norfolk, Virginia 23510

Served via U.S. Mail
Russell Puls
28954 Needles Trail
Evergreen, CO 80439

                                              /s/ Chris Allen