IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-00170-RPM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: June 26, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| RUSSELL A. PULS, JR., | Bruce G. Smith, via telephone |
| **Plaintiff,** | |
| v. | |
| LANDMARK COMMUNITY NEWSPAPER, INC., a Virginia corporation, *et al.*, | Barbara A. Grandjean, via telephone<br>William M. Furr, via telephone |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  TELEPHONIC STATUS CONFERENCE**
**Court in Session:     8:35 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** Defendants shall resubmit their motion for summary judgment by the close of business on June 27, 2007.

**ORDERED:** Plaintiff's Motion for Extension of Time [filed June 11, 2007; doc. 26] is granted.  Plaintiff shall respond to defendants' revised motion for summary judgment by July 9, 2007.

HEARING CONCLUDED.

**Court in Recess:     8:43 a.m.**
Total In-Court Time:     00:08