IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

      Plaintiff,

v.

LANDMARK COMMUNITY
NEWSPAPERS, INC., a Virginia corporation, and
LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC.,
a Colorado corporation,

      Defendants.

---

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
ON THE FIRST AND SECOND CLAIMS FOR RELIEF IN THE
AMENDED COMPLAINT**

---

NOW COME Defendants, Landmark Community Newspapers, Inc. ("LCNI") and Landmark Community Newspapers of Colorado, Inc. (collectively referred to as "Defendants"), by counsel, and moves this Honorable Court to grant summary judgment under Rule 56 of the Federal Rules of Civil Procedure on the First and Second Claims for Relief in the Amended Complaint, and in support thereof states as follows:

    1.    Plaintiff, Russell A. Puls, has filed his suit alleging breach of contract (First Claim), tortious interference with contractual relations (Second Claim), and Title VII retaliation (Third Claim).

{00219315.DOC}

2. Plaintiff's breach of contract claim against Defendants fails because he cannot show that Defendants provided a non-neutral reference to an entity not affiliated with LCNI.

3. Plaintiff's claim of tortious interference fails because he cannot show that Defendants wrongfully caused a breach of contract.

4. An opening brief in support of Defendants' Motion for Summary Judgment is being filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that this Court enter judgment in favor of Defendants and against Plaintiff on the First and Second Claims for Relief in the Amended Complaint.

DATED: June 27, 2007.

      s/ Barbara A. Grandjean
Barbara A. Grandjean
**JACOBS CHASE FRICK KLEINKOPF & KELLEY, LLC**
1050 17th Street, Suite 1500
Denver, Colorado 80265
Phone: (303) 685-4800
Fax: (303) 685-4869
E-mail: bgrandjean@jacobschase.com

William M. Furr (VSB#29554)
**WILLCOX & SAVAGE, P.C.**
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: (757) 628-5651
Fax: (757) 628-5566
E-mail: wfurr@wilsav.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2007, a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE FIRST AND SECOND CLAIMS FOR RELIEF IN THE AMENDED COMPLAINT** was served electronically on the following:

Bruce G. Smith, Esq.
Darling, Bergstrom & Milligan, P.C.
1515 Arapahoe Street
Tower I, Suite 530
Denver, Colorado 80202



s/ Teresa A. Mercill

{00219315.DOC}   3