IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

      Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., a Virginia corporation, and
LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC., a Colorado corporation,

      Defendants.

## AFFIDAVIT OF KIM HOGAN

STATE OF KENTUCKY,

COUNTY OF Shelby, to-wit:

This day personally appeared before me, a Notary Public, in the aforesaid jurisdiction, Kim Hogan, who after first being duly sworn, stated and deposed as follows:

    1.    My name is Kim Hogan and I am currently employed as Director of Circulation at Landmark Community Newspapers, Inc ("LCNI"). From 2000 to 2006, I was employed as Human Resources Director for LCNI. As the former Human Resources Director of LCNI, I am familiar with the employment of Mr. Russell A. Puls.

    2.    LCNI employed Mr. Puls as its Advertising Sales Director from July 2, 2001 to August 26, 2005. As Advertising Sales Director, Mr. Puls was responsible for managing the advertising sales staff and improving sales performance.

    3.    LCNI discharged Mr. Puls on August 26, 2005 based on two specific incidents. First, Mr. Puls developed a highly inappropriate script for the sales staff to use during sales calls

I-754998.1

**Exhibit A-1**

to prospective advertisers in connection with an upcoming event involving the Fire Department. Mr. Puls apparently instructed his staff to request that prospective advertisers sign up for advertising packages. He directed the staff to respond to negative answers from prospective advertisers as follows: "Well, that's really unfortunate that you can't support customers that spend money on you. I'll be passing this along to the fire chiefs at each department."

4. This negative and threatening language is contrary to company policy and Mr. Puls should have known that when he developed the script and passed it along to his sales team. At least one member of his sales team reported that she had objected to using the script because she felt uncomfortable and did not want to offend advertisers. Nonetheless, Mr. Puls directed the entire staff to use the script "word for word" because "it works." I became aware of the script when one staff member forwarded it to management.

5. The second incident that led to Mr. Puls' discharge occurred within roughly the same timeframe. One of LCNI's advertisers, Safeway, withdrew its advertisement from LCNI's publication, 285 Hustler. In response, Mr. Puls directed the publication to place an ad in the spot where the Safeway ad had previously appeared. The ad that ran in lieu of the Safeway ad contained the following language:

> "You won't find Safeway in the 285 Hustler anymore! Safeway has decided NOT to advertise locally for YOUR shopping convenience. You can express your opinion about their decision by calling your local Safeway store. 303-838-9868."

The ad was completely inappropriate and the publication received a number of complaints about it. Mr. Puls should have known that it was unacceptable for him to have run such an ad.

6.  Following his termination, Mr. Puls entered into a settlement agreement with LCNI. The settlement agreement provided that Mr. Puls would be permanently separated from employment with "LCNI" and defined "LCNI" broadly as:

> "Landmark Community Newspapers, Inc., Landmark Community Publications, Inc., their past, present, and future agents, employees, directors, officers, shareholders, affiliates, insurers, reinsurers, affiliated corporations or other entities, successors in interest and newspapers."

7.  The settlement agreement also provided that "LCNI," as defined in the agreement, would provide Mr. Puls with neutral references and that Mr. Puls would release any claim against "LCNI."

8.  In January of 2006, I learned that Mr. Puls had applied for employment with Trader Publishing Company ("Trader"), another Landmark entity.

9.  In my view, Landmark could not re-hire Mr. Puls back into the company. LCNI is affiliated with Trader, as both entities are Landmark companies. We work closely with Trader and view the company as we would any other company within the Landmark family. I have never hesitated to provide information to Trader about a former LCNI employee. I have also never hesitated to request similar information from Trader. I have done so many times in the past in analogous situations. Landmark encourages sharing of such information internally and views the close relationship between the Landmark companies including Trader as one of its greatest assets.

10. Mr. Puls knew or should have known of Trader's affiliation with LCNI. We inform our employees of LCNI's relationship to other Landmark entities from the beginning of their employment. First, Trader is referenced in some of our human resources materials. See copies of human resources materials, attached as Exhibit A. Then, during orientation, all new employees watch a video entitled, "This is Landmark Communications." The video references

3

I-754998.1

Trader and Trader's logo appears at least twice on the screen. Mr. Puls watched this video on his first day of employment. See copy of New Employee Orientation Checklist for Mr. Puls, attached as Exhibit B. In addition, Mr. Puls attended a Landmark leadership seminar with managers from other Landmark entities in March of 2005 during which Trader's relationship to Landmark was the subject of a quiz. See copies of Leadership Class Roster and quiz, attached as Exhibit C. During Mr. Puls' employment, Trader was also in the process of constructing a new building to serve as its headquarters. There were frequent discussions regarding this development. I do not believe that Mr. Puls can truthfully state that he did not know that Trader was affiliated with LCNI.

11.     Upon hearing that Mr. Puls had applied for a position with another Landmark entity, I contacted Ms. Sunny Sonner, the Executive Vice President of Human Resources at Trader, and informed her that Landmark had signed a severance agreement with Mr. Puls that stated that he would be permanently separated from Landmark entities.

12.     I know Ms. Sonner, as we have worked on various projects together, such as drafting executive training and development plans for Landmark companies. We freely shared this information with each other about former employees and other internal human resources issues.

13.     Ms. Sonner informed me that she was not aware of Mr. Puls' settlement agreement with Landmark. She indicated that Mr. Puls had told Trader that he left the company because he disagreed with LCNI management.

14.     I told Ms. Sonner that Mr. Puls had been discharged and that he was not eligible for re-hire. I did not tell Ms. Sonner the specific reasons for Mr. Puls' discharge.

I-754998.1

15. The company's position has remained the same throughout this process – Mr. Puls was terminated for legitimate, non-discriminatory reasons. Mr. Puls signed a contract with LCNI and its affiliates/affiliated entities in which he agreed that he would be permanently separated from Landmark companies. Trader is an affiliate/affiliated entity of LCNI and it was therefore appropriate for LCNI to disclose the terms of the severance agreement to Trader, a Landmark operation.

*Kim Hogan*
Kim Hogan

Subscribed and sworn before me this 18th day of May, 2007.

*Linda W. Barnett*
Notary Public

My Commission Expires: 3-25-09



**Exhibit A to
Hogan Affidavit**

26

## Partnerships and Emerging Businesses

### ■ Partnerships

Trader Publishing Company
(Norfolk, Va.)
*The nation's largest publisher of classified magazines, with over 600 publications.*

TraderOnline.com
(Virginia Beach, Va.)

Capital Gazette Communications
(Annapolis, Md.)

coolsavings.com
*An online couponing and promotions company.*
(Chicago)

Shorecliff Communications
*A trade show company for the telecommunications, tower and infrastructure industries.*
(San Juan Capistrano, Calif.)

Alliant
*A database marketing company serving the direct marketing industry.*
(Webster, N.Y.)

### ■ Emerging Businesses

Landmark Education Services
*Career schools providing allied health, business and information technology training.*
(Salt Lake City/Clearfield, Utah; Glendale/Oceanside, Calif.; Las Vegas; Virginia Beach/Richmond, Va.)

Continental VisiNet Broadband
*A broadband Internet and wireless services provider.*
(Newport News, Va.)

26

# New Employee
# First Day Orientation Checklist

Employee's name __Russell Puls__ Employment date __7/02/01__

Operation __Evergreen Newspaper Group__ Job Title __Director of Advertising__

Items to review/discuss

- ☒ Obtain verification of identity and employment eligibility (I-9 form)
- ☒ Name by which employee wishes to be addressed __Russell__
- ☒ Photo and biography for LCNI News
- ☒ Personal appearance and dress (local policy)
- ☒ Group insurance plans—complete enrollment forms. (Business Travel Accident beneficiary form must be completed for beneficiary other than estate—F/T employees only)
- ☒ Explain vacation, holidays, sick leave and other paid time off
- ☒ Explain Employee Assistance Program (give toll-free number)
- ☒ Explain retirement plan and show or schedule Retirement Plus videotape—complete enrollment/beneficiary forms—F/T employees only
- ☒ Advise employee of Medical Leave and Long-Term Disability coverage effective after one year (Medical Leave and Long-Term Disability F/T employees only.)
- ☒ Explain time card procedure, overtime policy and work schedule
- ☒ Explain pay day and pay review procedures
- ☒ Obtain verification of personal automobile insurance (if applicable).
- ☒ Explain job posting policy.
- ☒ Give copy of LCNI Sexual Harassment policy, explain key points (see Talking Aid), obtain signature
- ☒ Review guidelines for appropriate behavior
- ☒ Explain safety/accident policy, Workers' Compensation Insurance
- ☒ Schedule awareness training on Americans with Disabilities Act (ADA). Date_____
- ☒ Offer Direct Deposit and payroll savings plan (Shelby County Trust—Shelbyville, KY)
- ☒ Give employee scheduled 20 or more hours per week the Employee Handbook. Ask employee to read the handbook and agree on a time to discuss any questions. Date_____
- ☒ Give employee scheduled to work less than 20 hours per week the "Other Facts" section of the handbook and agree on a time to discuss any questions. Date_____
- ☒ Have employee sign the form acknowledging receipt of the handbook/supplies. Explain the "replacement fee" procedure
- ☒ Schedule training on Hazard Communication Standard and "Proper Work Practices" (if applicable) Date_____
- ☒ Give CDL truck drivers the STA United information packet
- ☒ Show employees "This is Landmark Communications" video
- ☒ Other:

_Judy M. Roth_
Signature of person conducting orientation

_Russell Puls_
Employee signature

Date __6/27/01__

## Welcome to the Landmark Team!

Exhibit B to
Hogan Affidavit

# Landmark Leader Course Class Roster (05-059)
## March 14-17, 2005

| FIRST | LAST | TITLE | BUSINESS UNIT | PHONE | FAX | E-MAIL |
|---|---|---|---|---|---|---|
| Charlie | Brennan | Editor | Citrus County Chronicle | 352-563-5660 | 352-563-3280 | cbrennan@chronicleonline.com |
| Jim | Denery | Copy Desk Chief | News & Record | 336-373-7263 | 336-373-7382 | jdenery@news-record.com |
| Tammie | Dodge | Art Director | NewsChannel 5 | 615-248-5329 | 615-248-5373 | tdodge@newschannel5.com |
| Bobby | Garrett | Director of Security | The Weather Channel | 770-226-2214 | 770-226-2959 | bgarrett@weather.com |
| Mike | Grossman | Night City Editor | News & Record | 336-373-7005 | 337-373-7382 | mgrossman@news-record.com |
| Ashley | Hall | Local Retail Support Team Leader | The Virginian-Pilot | 757-446-2179 | 757-626-1464 | ashley.hall@pilotonline.com |
| Norman | Hamilton | Account Executive | News & Record | 336-373-7141 | 336-412-5911 | nhamilton@news-record.com |
| Mike | Hays | Credit & Collections Manager | The Weather Channel | 770-226-2234 | 770-226-2953 | mhays@weather.com |
| John | Jackson | Online IT Manager | The Roanoke Times | 540-981-3325 | 540-981-3346 | john.jackson@roanoke.com |
| Jennifer | Joyce | Financial Analyst | News & Record | 336-373-7275 | 336-691-5076 | jjoyce@news-record.com |
| Dave | Mayfield | Regional Issues Team Leader | The Virginian-Pilot | 757-446-2275 | 757-446-2339 | dave.mayfield@pilotonline.com |
| Susan | Mulligan | Real Estate Advertising Sales Manager | The Virginian-Pilot | 757-446-2752 | 757-222-3838 | susan.mulligan@pilotonline.com |
| Joyce | Patillo | Accounting Manager, Affiliate Revenue | The Weather Channel | 770-226-2138 | 770-226-2953 | jpatillo@weather.com |
| Russell | Puls | Advertising Director | Evergreen Newspapers | 303-350-1045 | 303-670-3587 | russell@evergreenco.com |
| Fred | Schecker | Senior Producer, HamptonRoads.com | Interactive Media, PMC | 757-446-2724 | 757-627-2176 | fred.schecker@pilotonline.com |
| Robert | Smith | Print Production Supervisor | Pilot Direct | 757-446-2865 | 757-499-1966 | robert.smith@pilotdirect.com |
| Tamika | Sublett | Business Operations Manager | Military Newspapers of VA | 757-222-3965 | 757-853-1634 | tamika.sublett@militarynews.com |
| Johnny | Teglas | Publisher | Roane Newspapapers | 865-376-3481, 327 | 865-376-1945 | rcjteglas@bellsouth.net |
| Ray | Tessler | Military Team Leader | The Virginian-Pilot | 757-446-2355 | 757-446-2339 | ray.tessler@pilotonline.com |
| Melissa | Tuttle Carr | Local Product Developer | The Weather Channel | 770-226-2076 | 770-226-2902 | mtuttle@weather.com |
| Andy | Tysinger | School Director | VA School of Technology | 757-499-5447 | | atysinger@landmarked.com |
| Tina | Waring | Advertising Manager, Suffolk | The Virginian-Pilot | 757-222-5504 | 757-222-5515 | tina.waring@pilotonline.com |
| Gwen | Williams-Thomas | Sales & Service Manager | The Roanoke Times | 540-981-3274 | 540-981-3432 | gwendolyn.thomas@roanoke.com |

23 total

**Exhibit C to Hogan Affidavit**

## WHICH CAME FIRST?

The following events are chapters from our history. Can you put them in order from 1 to 15? Number 1 is the event that happened first. The most recent item should get a 15. (Bonus points and the respect of absolutely everyone here if you can add the specific years these occurred.)

_____     Greensboro News & Record is acquired.

_____     Col. Slover gets into the newspaper business in Norfolk.

_____     Frank Batten Sr. becomes chairman of the company.

_____     Shorecliff Communications, LLC is acquired.

_____     We launch The Weather Channel.

_____     The Roanoke Times becomes a Landmark property.

_____     Trader Publishing is born.

_____     Frank Batten Jr. succeeds his father as Chairman of Landmark Board of Directors.

_____     Franchise Solutions joins the Landmark portfolio of businesses.

_____     We are on the air with KLAS in Las Vegas.

_____     Landmark delivers the news on WTVF in Nashville.

_____     Landmark Community Newspapers, Inc. division is established.

_____     Landmark makes its first investment in the career schools business.

_____     Continental Broadband is launched.

_____     Landmark acquires weather data provider WSI.

What else do you know about our history that you can add?

_____

_____

When asked who succeeds in Landmark as a manager, Frank Batten, Sr., stated, *"People you can trust, who are honest, straight-forward, who don't play games. People who are willing to change. They take responsibility willingly and deal fairly with others."*

5

# WHICH CAME FIRST? ANSWERS

**1 – 1905    Col. Slover gets into the newspaper business in Norfolk.**
He got started in the business in Tennessee and at one time controlled six of the largest newspapers in Va. He was also mayor of Norfolk and served on numerous boards. He was Frank Batten's uncle and like a father to him when Frank and his widowed mother moved into the Slover household.

**2 – 1965    Greensboro News & Record is acquired.**
The other bidder was the Washington Post. Frank Batten rented an apartment in Greensboro so he could learn about the new acquisition and guide its entrance to the Landmark culture. At the time, there were actually two papers, the Greensboro Daily News and the Greensboro Record.

**3 – 1967    Frank Batten Sr. becomes Chairman of the company.**
Born in 1927, Frank Batten Sr. attended Culver Military Academy, UVA, and the Harvard Graduate School of Business Administration. He started his career as a copy boy at age 13. After college, he worked in the advertising and circulation departments of The Virginian-Pilot and The Ledger-Star. He became publisher of the Pilot at age 27 in 1954 and chairman of Landmark in 1967. Frank Sr. has been a director, vice chairman, and chairman of The Associated Press and a director of the Newspaper Association of America. He was the first rector of ODU, a vice chairman of the State Council of Higher Education for Virginia, and a president of Norfolk Academy. He has also served on the boards of the College of William & Mary, Hollins College, Culver Educational Foundation, The Darden School Foundation, Harvard Business School Publishing Co., and the Mariner's Museum.

**4 – 1969    The Roanoke Times becomes a Landmark property.**
This paper has set an ambitious goal of achieving #1 penetration in the country. Highest percentage of total adults reading a newspaper on weekdays in the country and second nationwide in Sunday readership.

**5 – 1973    Landmark Community Newspapers, Inc division is established.**
In 1974, The News-Enterprise – Landmark's first community daily – was established in Elizabethtown, KY. Is a mix of dailies, non-dailies, shoppers and free newspapers. LCNI also does commercial printing. Its papers are across the country from Carroll County, MD to Los Alamos, NM.

**6 – 1978    We're on the air with KLAS in Las Vegas.**
Established in 1953, it was Nevada's first television station. The station was purchased from Howard Hughes' estate. It had been operated as his personal VCR. Hughes likes movies and told the station which ones to run. Sometimes if he didn't like the movie, he'd call the station and tell them to stop it and start another one, which they did. Other times he would fall asleep before the movie was over, wake up, and tell the station to rewind and restart the movie at the place where he had fallen asleep.

**7 – 1982    We launch The Weather Channel.**
Frank had decided in the late 1970s that he was interested in starting either an all news, all sports, or all weather channel. At the time he was ill with throat cancer, and by the time he got back to work, weather was the only idea no one else had taken. Investment bankers put him in touch with John Coleman of "Good Morning America." TWC was located in Atlanta to allow Coleman to meet his ABC obligations. Coleman was eventually bought out. TWC was almost shut down for lack of revenue until cable systems operators agreed to pay a subscriber fee for the channel. That was very unusual in those days. It took five years to get out of the red and two more to become profitable.

**8 – 1991**   **Trader Publishing is born.**
Landmark Target Media was formed to publish classified publications in 1989. In 1991, it merged with Cox Enterprises, Inc.'s Auto Trader group to become Trader Publishing.

**9 – 1992**   **Landmark delivers the news on WTVF in Nashville.**
Established in 1954, the station had been operated by the Hobby family of Dallas. It was the site of the popular Hee Haw show and was the first station to employ a news reporter named Oprah Winfrey.

**10– 1998**   **Frank Batten Jr. succeeds his father as Chairman of the Landmark Board of Directors. (January 1, 1998)**
- The Roanoke Times – reporter for 2 yrs., advertising salesman for 1 yr.
- The Associate Press in London – reporter for 18 months
- The News-Enterprise – general manager then publisher from 1986 to 1989
- The Virginian-Pilot – marketing director then vice president and associate publisher in 1990 and 1991; president and publisher from 1991 to 1995
- Landmark Corporate – executive vice president/new ventures and new media from 1995 to 1997

**11 – 1999**   **Landmark makes its first investment in the career schools business.**
Certified Careers Institute, an accredited computer and information technology school with campuses in Salt Lake City and Ogden, Utah was the first business in Landmark's career schools division called Landmark Education Services, Inc. Glendale Career College in CA and NV and the Virginia School of Technology complete the holdings.

**12 – 2000**   **Landmark acquires weather data provider WSI.**
Boston-area provider of weather presentation systems and weather data was acquired from Litton Industries. One of the primary data providers for airlines. "In-Flight" weather in the cockpits.

**13 – 2001**   **Continental Broadband is launched.**
In April 2001, Continental Broadband announced the launch of its high speed internet connectivity solutions in Hampton Roads. Business customers receive premium broadband internet access and related services.

**14 – 2001**   **Q Interactive is acquired (80%).**  Formerly CoolSavings. Fully acquired in 2005.

**15 – 2005**   **Franchise Solutions joins the Landmark portfolio of businesses.**
In January 2005, Landmark acquired Franchise Solutions, a Portsmouth, NH company that helps franchisors (e.g. Subway, Jiffy Lube) recruit franchisees on the internet.  Franchise Solutions grew from a small startup in 1993 to pioneer online lead generation for franchisors, helping to shape franchise marketing trends from the mid-1990's through today.
Franchise Systems—partner business