IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.:  07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

      Plaintiff,

v.

LANDMARK COMMUNITY
NEWSPAPERS, INC., a Virginia corporation, and
LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC.,
a Colorado corporation,

      Defendants.

## UNOPPOSED MOTION TO SUBSTITUTE FILING

Defendants, Landmark Community Newspapers, Inc. ("LCNI") and Landmark Community Newspapers of Colorado, Inc. (collectively referred to as "Defendants"), by counsel, submit the following Unopposed Motion to Substitute Filing:

1.    Defendants filed their Motion for Summary Judgment and Memorandum of Law in Support on May 22, 2007.  In accordance with a prior agreement between the parties, and as set forth in the Scheduling Order dated March 13, 2007, the parties agreed the issues to be raised in the summary judgment motion would be limited to certain aspects of the case.

2.    A disagreement arose among the parties as to the scope of the summary judgment motion and brief submitted by Defendants on May 22.  In an effort to resolve that disagreement

{00219328.DOC}

2

while still moving the case forward, Defendants agreed to resubmit a revised version of their summary judgment motion and brief.

3. Pursuant to the Minute Order dated June 26, 2007, Magistrate Judge Shaffer ruled that "Defendants shall resubmit their motion for summary judgment by the close of business on June 27, 2007."

4. Based on the foregoing, Plaintiffs request that this Court substitute the attached Defendants' Motion for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint and Memorandum of Law in Support of Defendants' Motion for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint, with its exhibits, for the summary judgment motion and brief in support originally filed on May 22, 2007.

5. Pursuant to the Minute Order dated June 26, 2007, Magistrate Judge Shaffer ruled that "Plaintiff shall respond to defendants' revised motion for summary judgment by July 9, 2007."

WHEREFORE, Plaintiffs respectfully request that this Court substitute the attached Defendants' Motion for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint and Memorandum of Law in Support of Defendants' Motion for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint, with its exhibits, for the summary judgment motion and brief in support originally filed on May 22, 2007, and order such further relief as this Court deems just and proper.

DATED: June 27, 2007.

          s/ Barbara A. Grandjean
Barbara A. Grandjean
**JACOBS CHASE FRICK KLEINKOPF & KELLEY, LLC**
1050 17th Street, Suite 1500
Denver, Colorado 80265
Phone: (303) 685-4800
Fax: (303) 685-4869
E-mail: bgrandjean@jacobschase.com

William M. Furr (VSB#29554)
**WILLCOX & SAVAGE, P.C.**
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: (757) 628-5651
Fax: (757) 628-5566
E-mail: wfurr@wilsav.com

**ATTORNEYS FOR DEFENDANTS**

{00219328.DOC}  3

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2007, a true and correct copy of the foregoing **UNOPPOSED MOTION TO SUBSTITUTE FILING** was served electronically on the following:

Bruce G. Smith, Esq.
Darling, Bergstrom & Milligan, P.C.
1515 Arapahoe Street
Tower I, Suite 530
Denver, Colorado 80202



s/ Teresa A. Mercill