IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

v.

LANDMARK COMMUNITY
NEWSPAPERS, INC., a Virginia corporation, and
LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC.,
a Colorado corporation,

    Defendants.

---

**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE FILING**

---

    The Court, having reviewed the Unopposed Motion to Substitute Filing, hereby ORDERS the Motion to Substitute Filing is granted.  Defendants' Motion for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint and Memorandum of Law in Support are hereby accepted for filing and substituted in place of the summary judgment motion and brief originally filed by Defendants on May 22, 2007.

    DATED this ____ day of _____, 2007.

_____<br>U.S. District Court Judge

{00219366.DOC}