IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and
LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC.,
a Colorado corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Substitute Filing (*doc. no. 38*) is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing Defendants' Motion for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint (*doc. no. 36*) and the Memorandum of Law in Support of Defendants' Motion for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint (*doc. no. 37*) both tendered to the court on June 27, 2007.

**DATED:**    July 2, 2007