IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and
LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC.,
a Colorado corporation,

    Defendants.

## AMENDED MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Substitute Filing (*doc. no. 38)* is **GRANTED**.

    IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint (*doc. no. 36)* and the Memorandum of Law in Support of Defendants' Motion for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint (*doc. no. 37)* are accepted, as filed, on June 27, 2007.

**DATED:**    July 2, 2007