> Employee should read and sign this policy. Please make a copy for the employee to keep and return the original to central office for the personnel file.

## EQUAL EMPLOYMENT OPPORTUNITY

Landmark Community Newspapers, Inc. (LCNI) is an equal opportunity employer. The Company bases employment decisions on an individual's qualifications to perform the functions of the job without regard to race, color, religion, sex, age, national origin, veteran status, disability, other protected classification or sexual orientation. Recruiting, hiring, training, promotion, wage determinations, discipline, benefits, and other employment matters are based on these principles of nondiscrimination.

LCNI is dedicated to maintaining a work environment free of unlawful discrimination. The Company does not tolerate unlawful discrimination by or toward any employee. Employees have a comprehensive complaint procedure available to them to redress any concerns relating to discrimination or unlawful harassment, as described below.

## PROHIBITION AGAINST SEXUAL HARASSMENT AND OTHER FORMS OF DISCRIMINATION

A productive and cooperative work environment is in the best interests of all employees and of LCNI. An important supplement to the Company's equal employment opportunity is its philosophy that employees are entitled to a work environment free from any form of harassment, including sexual harassment. To assist employees in maintaining the required professional environment, LCNI provides the following guidance on prohibited conduct.

### Sexual Harassment

LCNI prohibits sexual harassment and other offensive sexual conduct in its workplace. Generally, sexual harassment involves unwelcome conduct including sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature. Sexual harassment or other inappropriate sexual conduct occurs:

1) When submission to such conduct is made a condition of employment, explicitly or implicitly, or
2) When an individual's submission to or rejection of such conduct is used as a basis for employment decisions affecting the individual, or
3) When such conduct has the purpose or effect of creating an unreasonable interference with an individual's work performance or otherwise creates an intimidating, hostile, or offensive work environment.

The prohibition against sexual harassment and sexually offensive behavior applies to men and women equally. Prohibited behavior can include, but is not limited to, outright propositions, physical contact of a sexual nature, or sexual jokes, remarks, innuendo, pictures, or gestures. Unwelcome verbal or physical conduct that shows hostility toward an employee because of the employee's gender is also inappropriate. While not all offensive sexual behavior constitutes a violation of state or federal law, LCNI—in order to maintain a professional and respectful work environment—reserves the right to discipline any employee who engages in offensive sexual behavior toward an employee, agent, or customer of the Company.

### Other Forms of Harassment or Discrimination

In addition to prohibiting sexual harassment and other offensive sexual behavior, LCNI also prohibits harassment or discrimination on the basis of race, religion, national origin, age, disability, any other classification protected by applicable state or federal law or sexual orientation. Conduct that shows hostility toward an employee because of the employee's race, religion, national origin, age, disability, other protected classification or sexual orientation is impermissible. Any employee who feels that he or she has been subjected to such harassment or discrimination should bring his or her complaint to the attention of the Company through the Complaint Procedure described on the following page.


EXHIBIT 2

02/05

While LCNI does not intend to regulate private conversations and personal interactions among its employees and agents, we expect all employees and others associated with the company to conduct themselves in a professional manner, respectful of the rights and interests of others. Acts or references of a sexually or otherwise harassing nature are serious misconduct, and the company will not tolerate such behavior from any of its employees, regardless of job position. This policy applies to all persons with whom you come into contact within the course of your employment, including co-workers, superiors, vendors, customers, and independent contractors or agents. LCNI has developed a comprehensive complaint procedure for its employees to help the Company maintain a productive work environment that is free from unlawful harassment, discrimination, or other prohibited behavior.

## COMPLAINT PROCEDURE

A complaint of sexual harassment, discrimination, or other impermissible behavior should be reported to your immediate supervisor or other appropriate personnel. If possible, you should notify the person committing the conduct that it is offensive and request that he or she stop the behavior. However, if you are not comfortable confronting the offender, then you should report the situation to other appropriate personnel identified below. Similarly, if you notify the offender but are unsuccessful in stopping the offensive behavior, you should report the offensive behavior to the persons listed below.

This policy is intended to encourage reports of offensive behavior so that the Company can maintain a work environment that is free from harassment and discrimination. If you are uncomfortable reporting the offensive behavior to your immediate supervisor or if your prior reports have been unsuccessful in getting the behavior to stop, you should report the behavior to your department manager, your general manager or publisher, or to LCNI's Human Resource Director at 1-800-633-4393 or 502-633-4334, ext. 210. In addition, you may report the behavior to a Human Resources Vice President or Executive Vice President at Landmark Communications, Inc., 150 W. Brambleton Ave., Norfolk, VA 23510, (757) 446-2010.

LCNI or Landmark Communications, if appropriate, will investigate complaints of sexual harassment, discrimination, or other prohibited behavior with appropriate confidentiality and discretion. You and any witnesses will be expected to cooperate to maintain confidentiality. Management will take corrective action, up to and including discharge, as warranted by the results of the investigation.

### Non-Retaliation

An employee who makes a complaint based on a legitimate perception that he or she has been subjected to impermissible harassment or discrimination is protected against any form of reprisal or retaliation. Similarly, any employee providing truthful information in connection with the investigation of any such complaint is also protected against retaliation. You should report any perceived act of retaliation in violation of this policy in the same manner as the initial complaint. Anyone found to have acted in a retaliatory manner toward an individual because the individual made a complaint or participated in an investigation is subject to discipline, up to and including discharge.

Any questions about the application of this policy should be presented to the Human Resources department for proper clarification.

---

My signature serves as acknowledgment that I have read LCNI's Equal Employment Opportunity and Sexual Harassment policies and that I am aware of LCNI's complaint procedure.

| Russell A. Puls, Jr. | [signature] | 6/24/01 |
|---|---|---|
| Employee name (please print) | Signature | Date |

12/29/98