Call from Russell Puls

Brad actions against me are retaliation. He is against me because I helped Will with his complaint.

Folks are out to get me. Pat Richardson sent me an email, basically saying I wasn't doing my job. Brad was giving me things like the equipment audit and other things, which were his job, so I wasn't able to get things done, as I normally would.

Kim Hogan explained to Russell that the equipment audit was something that managers delegated to department heads in most cases, because the department heads were aware of what equipment their departments had.

Russell responded, the equipment audit sat on his desk for two weeks and then he just throws if off on me. I'm not able to get it all done.

Kim told Russell she would speak with Pat Richardson regarding her email to Russell, since she was not aware of any emails sent by Pat.

Russell said he works at least 50-60 hours per week. Next thing he knows, Brad is telling him that Kim Hogan feels he is managing people be fear and retaliation because people are bringing up complaints.

He also says, Pat Richardson doesn't believe in the spec ad program.

I'm dealing with Safeway not running inserts.

According to Brad it was my idea to run the ad. Lots of folks around the office know it was not my idea. This just isn't true.

Then we have the whole chili cook-off. I was the one to determine if there was a profit. Kim, I know I make mistakes, but he is not going to blame all of this on me.

He is just upset because I called you about Will and Will's complaint against Brad. I also feel he is upset with me because I wrote the memo to Don, explaining what all I am doing and how much it all is.

Jean Lamkin said I am doing a GM's job.

Brad said Don is upset that I am having weekly, catered sales meetings. We have a once a month meeting. Don is really upset.
Then I hear Sue Ellen is sending stuff to Don. She was trying to run very suggestive ads and I talked with her about it and said we can't run those. I guess this is her way of getting back. Sue Ellen is over there hugging Brad and everything else, and I don't say a word. I want you to know, I am not going through this and having these lies be told about me.

**EXHIBIT 3**