I am not having this thing with the way Mike Coggins treated me all over again.

I've retained legal counsel.

Just so you know, Brad came in my office on Thursday morning and said he doesn't remember the Safeway ad, and some of the things that happened.

While I was on vacation on the 12th he told one of my employees Leslie Earhardt, everybody hates Russell. I also want you to know, I want to file a complaint against Don Porterfield. Brad said each of us needs to sit down and talk about how we are going to work together.

Anything we say won't mean anything 15 minutes later. My attorney is Bruce Smith. I told him he could contact Kim Hogan and Mike Abernathy.

Brad has went on and one in conversations with me about angry females.

I have some very well written, professional memos about professional behaviors.
1 memo – Sue Ellen has been sending racy ads, saying things like everybody loves 69. Naked women, covered in chocolate. She was off for a motorcycle accident. I've tried to help her.

EXHIBIT 4 (tabbies)