**Russell A. Puls**
28954 Needles Trail
Evergreen, CO. 80439
Home: 303-670-1683
Cell: 303-881-1371
Email: pulsfam@evcohs.com

October 3, 2005

U.S. Equal Employment Opportunity Commission
303 E. 17th Ave.
Suite 510
Denver, CO  80203

Dear Sirs:

In regard to our telephone conversation concerning Evergreen Newspapers and Landmark Community Newspapers, Inc., I have resolved the issues with these companies and do not intend to proceed with the complaint.

As of today I have filed no formal complaint and do not wish to do so regarding these matters now or in the future. I request the EEOC close its file on this matter.

Sincerely,

*[signature]*
Russell Puls

RECEIVED
OCT 04 2005
~rling Bergstrom & Milligan

EXHIBIT 7