


## Who We Are

Landmark Communications is a privately held diversified media company based in Norfolk, Va. Its interests include newspapers, broadcasting, cable programming and interactive media. Daily newspapers are *The* (Norfolk-Virginia Beach) *Virginian-Pilot*, *The Roanoke* (Va.) *Times* and the *News & Record* in Greensboro, N.C. **Landmark Community Newspapers, Inc.** publishes more than 50 community papers in 13 states, including the *Carroll County* (Md.) *Times*, the *Citrus County* (Fla.) *Chronicle*, and *The News-Enterprise* in Elizabethtown, Ky. Landmark is co-owner of **Capital-Gazette Communications, Inc.**, which includes the *Capital* in Annapolis, Md., and *Washingtonian* magazine.

Landmark's most widely known businesses are **The Weather Channel** and **weather.com**, based in Atlanta. It also owns **Weather Services International**, a Boston-area provider of weather presentation systems and weather data. It co-owns **Pelmorex**, a Canadian weather information services provider.

Landmark's CBS broadcast TV affiliates are **NewsChannel 5** in Nashville, and **KLAS-TV, Channel 8**, in Las Vegas.

Landmark is co-owner of **Trader Publishing Co.** (Norfolk), the nation's largest publisher of classified magazines; and owns **Travel Channel** (London); **Landmark Education Services, Inc.** (Utah, California, Nevada and Virginia), **Shorecliff Communications** (California) and **Continental VisiNet Broadband** (Virginia). It also has partnerships with **coolsavings.com** (Chicago) and **Alliant** (Webster, N.Y.).

*For more information, visit our Web site at: landmarkcommunications.com*

# Newspapers

### ■ Metro Newspapers
*The Virginian-Pilot*
    (Norfolk-Virginia Beach, Va.)
*The Roanoke* (Va.) *Times*
*News & Record* (Greensboro, N.C.)
*The Capital°* (Annapolis, Md.)

### ■ Community Dailies
*Carroll County Times*, (Westminster, Md.)
*Citrus County Chronicle* (Crystal River, Fla.)
*The News-Enterprise* (Elizabethtown, Ky.)
*Los Alamos* (N.M.) *Monitor*
*Las Vegas* (N.M.) *Optic*

### ■ Weeklies, Tri-/Semi-Weeklies
More than 50 tri-weekly, semi-weekly and weekly newspapers in Kentucky, Virginia, Florida, Tennessee, North Carolina, South Carolina, Colorado, Indiana, Illinois, Mississippi, Iowa.

°partnership







## Broadcast and Cable

**Broadcast**
NewsChannel 5, WTVF-TV* (Nashville)
KLAS-TV, Channel 8* (Las Vegas)

**Cable**
NewsChannel 5+ (Nashville)
Las Vegas (Nev.) One °
Local News on Cable °
    (Norfolk-Virginia Beach, Va.)
Travel (London)

\* CBS affiliate
° partnership

*Anchor Vicki Yates of NewsChannel 5, Nashville*

## Partnerships and Emerging Businesses

### ■ Partnerships

Trader Publishing Company (Norfolk, Va.)
*The nation's largest publisher of classified magazines, with over 600 publications.*

TraderOnline.com (Virginia Beach, Va.)

Capital Gazette Communications (Annapolis, Md.)

coolsavings.com
*An online couponing and promotions company.*
(Chicago)

Shorecliff Communications
*A trade show company for the telecommunications, tower and infrastructure industries.*
(San Juan Capistrano, Calif.)

Alliant
*A database marketing company serving the direct marketing industry.*
(Webster, N.Y.)

### ■ Emerging Businesses

Landmark Education Services
*Career schools providing allied health, business and information technology training.*
(Salt Lake City/Clearfield, Utah; Glendale/Oceanside, Calif.; Las Vegas; Virginia Beach/Richmond, Va.)

Continental VisiNet Broadband
*A broadband Internet and wireless services provider.*
(Newport News, Va.)