


PUBLISHING | WEATHER | BROADCAST | EMERGING BUSINESSES

HOME | ABOUT LANDMARK | OUR BUSINESSES | CAREER CENTER | FOR EMPLOYEES ONLY

OUR CULTURE | FROM THE TOP | OUR EXECUTIVES | OUR HISTORY | SPEECHES | CONTACT US

# LANDMARK COMMUNICATIONS, INC.

Landmark Communications companies are a diverse group of award-winning publications and media outlets including newspapers, television broadcasting, cable TV programming, and electronic publishing. Our holding include some exciting new emerging businesses in database marketing, career education and tradeshows.

## LANDMARK AT A GLANCE

| PUBLISHING | BROADCASTING | WEATHER | EMERGING BUSINESS | PARTNERSH |
|---|---|---|---|---|
| The Virginian-Pilot (Norfolk, VA) | KLAS TV (Las Vegas, NV) | The Weather Channel Networks (Atlanta, GA) | Q Interactive (Chicago, IL) | Capital Gaze Communicati (Annapolis, A |
| News & Record (Greensboro, NC) | NewsChannel 5 (Nashville, TN) | Weather.com (Atlanta, GA) | Continental Broadband, Inc. (Norfolk, VA) | Washington Magazin (Washington |
| The Roanoke Times (Roanoke, VA) | NewsChannel 5+ | WSI Corporation (Andover, MA) | Landmark Education Services (Norfolk, VA) | The Capital (Annapolis, |
| Landmark Community Newspapers, Inc. (Shelbyville, KY) | | | TotalVid, Inc. (Norfolk, VA) | Pelmorex (Canada) |
| Carroll County Times (Westminster, MD) | | | Franchise Opportunities, Inc. (Alpharetta, GA) | Alliant Cooper Data Solutio (Patterson, N |
| Citrus County Chronicle (Crystal River, FL) | | | Franchise Solutions - Franchise Buyer (Portsmouth, NH) | |
| Las Vegas Optic (Las Vegas, NM) | | | | |
| Los Alamos Monitor (Los Alamos, NM) | | | Alliant (Brewster, NY) | |
| The News-Enterprise (Elizabethtown, KY) | | | | |

*Nearly 100 other paid and free newspapers, shoppers, and special interest publications.*

EXHIBIT 9





WEATHER | PUBLISHING | BROADCAST | EMERGING BUSINESSES | INTERACTIVE MEDIA | PARTNERSHIPS

## Our Businesses

Landmark Communications owns the Weather Channel Networks headquartered in Atlanta. Included are Weather Channel, weather.com and Weather Services International. WSI is located near Boston. Landmar Travel network is based in London and broadcasts throughout the United Kingdom, eastern Europe and so Africa.

NewsChannel 5 Network in Nashville and KLAS TV in Las Vegas, both CBS-TV affiliates, make up its broad division.

Landmark's flagship newspaper is The (Norfolk) Virginian-Pilot. Other metro dailies include the Greensbor News & Record; The Roanoke (VA) Times and Landmark Community Newspapers, Inc., headquartered in Shelbyville, KY. LCNI publishes more than 100 newspapers, shoppers, college sports publications and spe interest publications around the country. Its community dailies include The Carroll County (MD) Times, the Citrus County (FL) Chronicle, The News-Enterprise in Elizabethtown, KY and the Los Alamos (NM) Monitor.

Landmark also owns Landmark Education Services, Inc., with career schools in Utah, California, Nevada a Virginia, and Shorecliff Communications LLC, a tradeshow and conference producer for the wireless infrastructure industry. Continental Broadband Inc. provides internet access to business customers in maj cities using fixed wireless technology.

Landmark is part owner of Capital-Gazette Communications, Inc., which includes the Washingtonian mage It also is a partner with cable news channels Las Vegas One, Local News on Cable in Norfolk, and Pelmore multimedia weather information services business based in Ontario, Canada. Pelmorex owns The Weather Network and MeteoMedia, specialty services operating in English and French.




WEATHER | PUBLISHING | BROADCAST | EMERGING BUSINESSES | INTERACTIVE MEDIA | PARTNERSHIPS

## Publishing

R. Bruce Bradley is President. Stephen J. Peters is Chief Information Officer. Jean Lamkin is Director of Ca Development.

**Landmark Publishing**
150 W. Brambleton Ave.
Norfolk, VA 23510
phone: 1.800.446.2004
fax: 757.664.2165

## Landmark Metro Newspapers

Landmark owns three major daily newspapers:
  The Virginian-Pilot, Norfolk, VA
  The Roanoke (VA) Times
  and the News & Record in Greensboro, NC

**The Virginian-Pilot**
The Virginian-Pilot is Landmark's 140-year-old flagship newspaper, with a circulation of just over 200,00( than 400,000 people read The Pilot on an average day. The Pilot is based in Norfolk, VA, and serves resic southeastern Virginia, the Eastern Shore of Virginia and northeastern North Carolina.

In addition to operating a commercial printing plant and an alternate delivery service, The Virgini; organization is comprised of numerous other businesses:

**Specialty Publications**
- Style, a free-distribution newsprint magazine in Richmond, VA, www.styleweekly.com
- Port Folio Weekly, a free-distribution newsprint magazine in Hampton Roads, VA, www.portfolioweekly.com
- VOW, a twice a year bridal publication in Hampton Roads, VA, www.vowbride.com
- Inside Business, a weekly direct-mailed newspaper about local business in Hampton Roads, VA, www.insidebiz.com
- The Apartment Book, a rack-distributed monthly publication in Hampton Roads, VA, www.apartments.hamptonroads.com; www.forrent.com
- Seniority, a rack-distributed monthly publication featuring retirement communities in Hampton Roa( www.apartments.hamptonroads.com
- Tidewater Parent, a monthly parenting magazine serving Hampton Roads, VA, www.tidewaterparen
- Hampton Roads Employment Weekly, a weekly rack-distributed recruitment publication for Hampto) Roads VA, www.hrew.com

- *Real Estate Digest*, a monthly rack distributed publication, featuring Hampton Roads area real estate property listings and homeowner related services
- *Auto Guide*, a stand-alone used car publication serving Hampton Roads, VA http://autos.hamptonroads.com
- *Cool Savings* of Virginia, a direct mail coupon book sent to more than 300,000 homes in Hampton R
- *The Island Breeze*, a monthly newspaper in Hatteras and Ocracoke Island, NC, www.islandbreezepublishing.com
- *Market's Best*, an annual upscale coupon book in Richmond and Hampton Roads, VA, www.themarketsbest.com

**Online Products**
- The Virginian-Pilot's websites serve 500,000 Internet users each month The sites include:
  **Pilotonline.com** – Hampton Roads' most visited local news and information website. Users find breaking, local, national and world news, business, military and sports news, weather and traffic on PilotOnline.com.
  **HamptonRoads.com** – the most visited online guide to Hampton Roads. Users find local information, news, entertainment, dining, events and activities, resources and tools, and the consumer and business marketplaces below:
- **CareerConnection.com** -- the area's most used online recruitment solution. Click CareerConnectic HamptonRoads.com or go to http://jobs.hamptonroads.com
- **Real Estate Web** -- the real estate marketplace on HamptonRoads.com and PilotOnline.com. Click Estate Web on HamptonRoads.com or go to http://homes.hamptonroads.com
- **AutoGuide** is the automotive marketplace on HamptonRoads.com and PilotOnline.com. Click Autos HamptonRoads.com or go to http://autos.hamptonroads.com
- **DealSpotter** - Hampton Roads' first local shopping channel with deals, bargains, coupons and spec from local businesses including clothings, specialty, furniture, grocery and accessory stores, restaur and home and garden, automotive and health service providers. Click DealSpotter on HamptnRoad or go to http://deals.hamptonroads.com
- **HamptonRoads.tv** -- our local, interactive video product for broadband users. With original local produced daily, we offer a wide variety of content, from entertainment news and features, to lifesty news, sports highlights and movie trailers. The first site of its' kind, HamptonRoads.tv also invites to submit videos and see video from others in the community. Go to http://www.HamptonRoads.tv

**Landmark Military Newspapers**
- *The Flagship* authorized newspaper for Navy Region Mid-Atlantic in Hampton Roads, VA, www.flagshipnews.com
- *Jet Observer* for Oceana Naval Air Station in Virginia Beach, VA, www.militarynews.com/jet/
- *The Wheel* for Fort Eustis in Newport News, VA & Fort Story in Virginia Beach, VA, www.militarynews.com/wheel/
- *Traveller* for Fort Lee in Petersburg, VA, www.ftleetraveller.com
- *The Flyer* for Langley Air Force Base in Hampton, VA, www.militarynews.com/flyer/
- *Casemate* for Fort Monroe in Hampton, VA, http://tradoc.monroe.army.mil/casemate/
- *Soundings* is an independent military newspaper covering military and community news in Hamptor Roads, VA, www.soundingsnews.com
- *Sentinel* for Fort Hood in Killeen, TX, http://server.militarynews.com/sentinel
- *The Globe* for Camp Lejeune in Jacksonville, NC, www.camplejeuneglobe.com
- *RotoVue* for New River Marine Corps Air Station in Jacksonville, NC, www.newriverrotovue.com
- *Inside the Turret* for Fort Knox in Elizabethtown, KY, www.turret.com
- *The Bayonet* for Fort Benning in Columbus, GA, www.thebayonet.com
- Landmark Destiny Group, serving the recruitment needs of transitioning and former military, locate Norfolk, VA, www.destinygrp.com
- NCCOAST Communications, providing printing, direct marketing, and web services, located in Morel City, NC, www.nccoastcommunications.com

**Other Services**
- *LNC/Pilot13 News*, a 24-hour local cable news channel in Hampton Roads, operated in conjunction v Cox Communications Hampton Roads, Inc. and television station WVEC, the local ABC affiliate
- *Pilot Direct*, a direct marketing company in Hampton Roads, VA, www.pilotdirect.com
- *NorthStar Training*, provides electronic publishing, pre-press and graphic arts training in Hampton R VA

Bruce Bradley is President and Publisher of The Virginian-Pilot. Denis Finley is Editor. Maria Carrillo is Manã Editor.  Dennis Hartig is Editorial Page Editor. Kelly Warren is Advertising Director.  Maurice Jones is Vice President and General Manager.

For more information about these businesses, visit their web sites or email us.

**The Virginian-Pilot**
Box 449
Norfolk, VA 23501-0449
150 W. Brambleton Avenue (23510)
phone: 757.446.2000
toll free: 1.800.446.2004
fax: 757.446.2983

---

**The Roanoke Times**
The Roanoke Times is the leading information provider in Southwest Virç serving as its comprehensive channel to world, national and local news, entertainment, weather, sports, and more.

The Roanoke Times integrates its product in print with its website, www.roanoke.com, which has become a trendsetting site with many multimedia and specialized offerings, including:

The Week in Photos
YourPix – a place where the community can post and comment on photc
TimesCast – a daily, 5-minute news report
YAK – a collection of blogs
Podcasts – featuring local musicians
Serial stories – including music, photos and more
Smithmountainlake.com – focusing on news and information about the S Mountain Lake resort area
Jobs.roanoke.com – job seekers can post resumes and receive notificatic about jobs, employers can prescreen potential employees and advertise most comprehensive local jobs database
- Newrivervalley.com – focusing on news and information about the New I Valley.

Specialized tab publications produced by The Roanoke Times include:

- Neighbors – a zoned publication with four versions that publishes once a week and is included insid( Roanoke Times
- New River Valley Current – a publication that is distributed inside The Roanoke Times in the New Ri' Valley
- HomesNOW – a free guide to real estate in the Roanoke Valley and Smith Mountain Lake that is distributed twice monthly
- Inside Out – an entertainment tab featuring music, movies, food and more that is distributed inside Roanoke Times and free in college areas weekly
- The Lake – a specialized pub focusing on Smith Mountain Lake
- Job Market – a free guide to jobs in the area that is distributed weekly

In addition to zoned and niche pubs, The Roanoke Times also publishes Blue Ridge Business Journal, the r most respected business publication, with a readership of over 60,000. Printing of LCNI papers Bedford Bu and The Galax Gazette is also provided.

The Roanoke Times distributes across 19 counties daily and has an average six-day circulation of nearly 9

with a Sunday circulation topping 106,000. With the 2003 addition of a Heidelberg Mainstream 80, The Ro Times became the only newspaper of its size in Virginia to offer their advertisers 4-color opportunities on ( page.

Founded in 1886, the newspaper has provided award-winning news coverage and community information nearly 120 years. Its headquarters are in downtown Roanoke, with a bureau 30 miles south in the New Riv Valley.

Wendy Zomparelli is President and Publisher, 540.981.3226. Mike Riley is Editor, 540.981-3277, and Car( Tarrant is Managing Editor, 540.981.3402. Debbie Meade is Advertising Director, 540.981.3284. Dan Whe Director of Digital Media, 540.981.3301. Kathy Gravely is Circulation Director, 540.981.3162.

**The Roanoke Times**
P.O. Box 2491
Roanoke, VA 24010-2491
201 W. Campbell Ave. (24011)
phone: 540.981.3100
phone: 800.346.1234
fax: 540.981.3228

**News & Record**
The Greensboro News & Record serves 11 counties in the north central Piedmont area of North Carolina. Circulation is 110,164 on Sunday, 94,053 on Saturday and 90,896 on weekdays. Readership for Guilford County is 133,500 per day Monday through Friday and 188,300 per day on Sunday.



The News & Record also produces free distribution publications for the Greensboro/Winston-Salem/High Point area, including "GoTriad," a newsprint entertainment magazine, "Triad Cars Weekly," which features used cars around the Triad, and several real estate and niche publications. The Guilford Record newspapers are three community publications - "Guilford Record North," "Guilford Record South" and "Rock Creek Record" that serve readers and advertis with intensely local news in Guilford County. They are published in the News & Record weekly or, in the c; the "Guilford Record North," bi-weekly.

The News & Record operates GoTriad at www.gotriad.com, a regional entertainment site, and www.news-record.com, the online newspaper site. Classified vertical sites include TriadCareers.com, TriadHomes.com TriadCars.com and TriadMarketplace.com.

Robin Saul is president and publisher of the News & Record. John Robinson is editor. Ann Morris is managi editor. Tony Martinette is advertising director.

**News & Record**
P.O. Box 20848
Greensboro, NC 27420-0848
200 E. Market St. (27401)
phone: 336.373.7000
fax: 336.373.7183

# Landmark Community Newspapers

LCNI, www.lcni.com, headquartered in Shelbyville, KY, owns businesses that publish five community daily, tri-weekly, six semi-weekly and 41 weekly newspapers. LCNI also publishes 43 shoppers and free newspaper and 30 special interest publications. Paid circulation is approximately 405,964. Circulation for shoppers and newspapers and special publications is over 920,397. The publications are circulated in Florida, Illinois, Inc Iowa, Kentucky, Maryland, Mississippi, New Mexico, Pennsylvania, South Carolina, Tennessee, Colorado, Nebraska, Virginia, West Virginia, and North Carolina. LCNI also owns businesses that operate 17 commer printing facilities.

**Community dailies include:**
- The Carroll County Times, Westminster, MD www.carrollcounty.com
- Citrus County Chronicle, Crystal River, FL www.chronicleonline.com
- News-Enterprise, Elizabethtown, KY www.newsenterpriseonline.com
- Los Alamos (NM) Monitor www.lamonitor.com
- Las Vegas Optic, Las Vegas, NM www.lasvegasoptic.com

**Also online:**
- Anderson News, Lawrenceburg, KY www.theandersonnews.com
- Bedford Bulletin, Bedford, VA www.bedfordbulletin.com
- Brunswick Beacon, Shallotte, NC www.brunswickbeacon.com
- The Central Kentucky News-Journal, Campbellsville, KY www.cknj.com
- Chester News & Reporter, Chester, SC www.onlinechester.com
- Chiefland Citizen, Chiefland, FL www.chieflandcitizen.com
- Cynthiana Democrat, Cynthiana KY www.cynthianademocrat.com
- Evergreen Newspapers (Canyon Courier, Columbine Community Courier), Evergreen, CO www.canyoncourier.com
- The Galax Gazette, Galax, VA www.Galaxgazette.com
- Grant County News, Williamstown, KY www.grantky.com
- Henry County Local, Eminence KY www.hclocal.com
- The Kentucky Standard, Bardstown, KY www.kystandard.com
- The Lancaster News, Lancaster, SC, www.Thelancasternews.com
- LaFollette Press, LaFollette TN, www.lafollettepress.com
- LaRue County Herald News, Hodgenville KY, www.laruecountyherald.com
- Leader-Union, Vandalia, IL www.leaderunion.com
- Lebanon Enterprise, Lebanon, KY www.lebanonenterprise.com
- Metro West Newspapers, Brighton, CO www.metrowestfyi.com
- New Albany Gazette, New Albany MS www.newalbanygazette.com
- The Oldham Era, LaGrange, KY www.oldhamera.com
- The Perry County News, Tell City, IN, www.perrycountynews.net
- Pioneer News, Shepherdsville KY www.pioneernews.net
- The Roane County News, Kingston, TN www.roanecounty.com
- Sentinel-News, Shelbyville, KY www.sentinelnews.com
- Spencer Magnet, Taylorsville, KY www.spencermagnet.com
- The Springfield Sun, Springfield, KY www.thespringfieldsun.com
- Sumter County Times, Bushnell FL, www.sumtercountytimes.com
- Williston Pioneer Sun News, Williston, FL www.willistonpioneer.com
- The News Herald, Owenton, KY www.owentonnewsherald.com
- Riverland News, Dunnellon, FL www.chronicleonline.com/riverland_news
- High Timber Times, Conifer, CO www.hightimbertimes.com
- Clear Creek Courant Idaho Springs, CO www.clearcreekcourant.com
- Cedar Key Beacon, Cedar Key, FL www.cedarkeybeacon.com
- Casey County News, Liberty, KY www.caseynews.net
- The Record, Leitchfield, KY www.the-record.net
- Opinion-Tribune, Glenwood, IA www.opinion-tribune.com
- News-Democrat & Trimble Banner, Carrollton, KY www.mycarrollnews.com

**LCNI also publishes seven collegiate sports publications. They are:**
- Gator Bait, www.gatorbait.net, covering University of Florida sports

Osceola, www.osceolanews.com, covering Florida State University sports
Inside Indiana, www.insideindiana.com, covering Indiana University sports
The Voice of the Hawkeyes, www.voiceofthehawkeyes.com, covering University of Iowa sports
Huskers Illustrated, www.huskersillustrated.com, covering the University of Nebraska sports
Cats' Pause magazine, www.catspause.com, covering University of Kentucky sports
Carolina Blue, www.northcarolina.rivals.com, covering University of North Carolina sports

Michael G. Abernathy is President of LCNI. Max Heath is Vice President/Circulation and Acquisitions. Pat Richardson is Advertising Director. Gary Miller is Vice President/Finance. Benjy Hamm is Editorial Director. Mattingly-Hogan is Circulation Director. Cheryl Tolbert is Director of Human Resources. Don Porterfield is N Revenue Development Director.

**Landmark Community Newspapers, Inc.**
Box 549
Shelbyville, KY 40066
601 Taylorsville Road (40065)
phone: 502.633.4334
fax: 502.633.4447