TO:        Mike Abernathy                 Lem Lewis

|  |  |  |
|---|---|---|
| Mike Abernathy | | Lem Lewis |
| Michael Alston | | Matt Moog |
| Decker Anstrom | | Emily Neilson |
| Dick Barry | | Colleen Pittman |
| Frank Batten | | Robin Saul |
| Bruce Bradley | | Dan Sykes |
| Dee Carpenter | | Debbie Turner |
| Joe Fiveash | | Charlie Watkins |
| Rusty Friddell | | Debora Wilson |
| Mark Gildersleeve | | Wendy Zomparelli |
| Charlie Hill | | |

FROM:    Frank Batten Jr.

SUBJECT:    Trader Publishing Company

DATE:    September 23, 2005

---

Landmark recently notified Cox Enterprises that we wish to sell our 50% interest in Trader Publishing Company.

Trader has a great future, with many promising opportunities. But Trader's very success, when combined with that of our newspapers, has made classified advertising a disproportionately large part of Landmark's overall revenues. In light of favorable market conditions and to reduce our concentrated position in classified advertising, we have chosen this time to sell our interest in Trader.

We in Landmark are deeply grateful to the management and staff of Trader for their innovation and hard work that have created the nation's leading specialty classified publishing business. And we have been fortunate to have a wonderful partner in Cox Enterprises. We could not have asked for a better partner.

The Trader partnership agreement gives Cox an option to buy Landmark's half interest, thereby giving Cox 100% ownership of Trader. Cox is now evaluating the opportunity, which will take some time. If Cox does not buy Landmark's half interest, then Trader will likely be sold to a new owner.

This decision only affects Trader. We do not have any plans to sell any of our other large businesses.

Feel free to share this memo throughout your businesses. If you have any questions, please call me at 757-446-2999 or Dick Barry at 757-446-2003.

EXHIBIT
tabbies
10