## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No.: 07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

       Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., a Virginia corporation, and
LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC., a Colorado corporation,

       Defendants.

## RESPONSE TO REQUEST
## FOR PRODUCTION OF DOCUMENTS

Defendants, Landmark Community Newspapers, Inc. ("LCNI") and Landmark Community Newspapers of Colorado, Inc. (collectively referred to as the "Defendants"), hereby respond to Request for Production of Documents as follows:

    1.      Any personnel or other file or document pertaining to the Plaintiff.

**Response**: A copy of Plaintiff's personnel file is attached.

    2.      Any statement of policy or practice as to the release or disclosure of any information relating to any former employee of Defendants.

**Response**: There is no written policy.

    3.      Any document that was disseminated generally to the employees of Defendants about the planned or anticipated split of assets of Trader Publishing which was complete in September 2006, prior to such split.

**Response**: A copy of a memorandum distributed to select employees is attached.

    4.      Any statement of policy or practice as to the sharing of information related to current or former employees , or employment applicants, among the Defendants.

**Response**: There is no written policy.

I-753877.1


EXHIBIT
11

5.      Any record of advertising sales of Colorado Parent for the years 2003, 2004, 2005, and 2006.

**Response**:  None.

6.      Any description for the position of sales manager for Colorado Parent.

**Response**:  None.

7.      Any diagram or depiction of the corporate structure of Landmark Communications, Dominion Enterprises, Trader Publishing and United Parenting before and after September 2006 related to what subsidiaries and divisions comprised each entity.

**Response**:  A Landmark Communications, Inc. brochure is attached.

8.      Any job description for Kim Hogan.

**Response**:  A job description for Kim Hogan is attached.

9.      Any job description for Susan Blake.

**Response**:  None.

10.      Any document that refers to Trader Publishing, United Parenting or Colorado Parent as an "affiliate" or "affiliated company" of Landmark Community Newspapers, Inc. or Landmark Communications.

**Response**:  None.

11.      All governmental or regulatory filings of Landmark Communications related to its ownership of an interest in Trader Publishing.

**Response**:  None.

12.      Any calculations, projections or estimate of the sales revenue of Colorado Parent for the years 2006 and 2007.

**Response**:  None.

I-753877.1

_____

Barbara A. Grandjean
**JACOBS, CHASE, FRICK, KLEINKOPF & KELLEY, LLC**
1050 17th Street, Suite 1500
Denver, Colorado 80265
(303) 892-4458
E-mail: bgrandjean@jcfkk.com

William M. Furr (VSB#29554)
Ruby W. Lee (VSB#71202)
WILLCOX & SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
(757) 628-5651
E-mail: wfurr@wilsav.com

**Attorneys for Defendants**

## CERTIFICATE OF MAILING

I certify that on this ___ day of April, 2007, the foregoing Responses to Plaintiff's Request for Production of Documents was served by United States mail on Bruce G. Smith, Esq., Darling, Bergstrom & Milligan, P.C., 1515 Arapahoe Street, Tower I, Suite 530, Denver, Colorado 80202.

_____

3

I-753877.1