**Bruce Smith**

| | |
|---|---|
| From: | Russell & Lisa [pulsfam@evcohs.com] |
| Sent: | Thursday, March 09, 2006 4:32 PM |
| To: | Bruce Smith |
| Subject: | Fw: Sales Manager Compensation |


----- Original Message -----
From: "David Saslavsky" <david.saslavsky@parenthood.com>
To: "'Russell & Lisa'" <pulsfam@evcohs.com>
Sent: Monday, January 09, 2006 6:01 PM
Subject: RE: Sales Manager Compensation


> Definitely.
>
> Looking forward to it.
>
> -----Original Message-----
> From: Russell & Lisa [mailto:pulsfam@evcohs.com]
> Sent: Monday, January 09, 2006 6:59 PM
> To: David Saslavsky
> Subject: Re: Sales Manager Compensation
>
> David
> Sounds okay to me.  Please include the particulars on the written offer; #
> of days paid per year. vacation days, etc.  See you Wednesday morning.
> Thanks.
> Russell
> ----- Original Message -----
> From: "David Saslavsky" <david.saslavsky@parenthood.com>
> To: <pulsfam@evcohs.com>
> Sent: Monday, January 09, 2006 4:08 PM
> Subject: Sales Manager Compensation
>
>
>> Russell,
>>
>> The compensation package is as follows:
>>
>> Base $47,000
>> Bonus: $30,000  - paid monthly and based on market hitting monthly
>> budgets
>> Commission:  10% on all your revenue sold over $8000.
>>
>> Please give me a call if you have any questions.
>>
>> Upon acceptance of the position, I will draft a formal letter with all
>> details included. I look forward to our Wednesday meeting.
>>
>> David Saslavsky
>> National Publishing Director
>> United Parenting Publications
>> 3023 N. Clark St. #307
>> Chicago, IL 60657
>>
>> call (773) 415-4149
>>
>>
>

EXHIBIT
12