To:  The Files

From:  Kim Hogan

Regarding:  Russell Puls

Dom Porterfield came into my office to discuss a conversation he had with Brad Bradberry and his subsequent conversation with Mike Abernathy.

Don had just returned from his January 10, 2006 visit to Evergreen Newspapers. While he was there Brad Bradberry told him he heard Russell Puls might be going to work for Trader.

Don came back to the office and shared the information with Mike Abernathy. Mike questioned whether Russell could work for Trader, since Trader was a Landmark operation. Mike suggested to Don that he speak with me and have me contact Sunny Sonner, Executive VP of HR for Trader.

I contacted Sunny that same day. However, she was out of the office. I left Sunny a message and told her that I had information that they were possibly hiring a gentleman by the name of Puls in the Denver, Colorado area that I would like to speak with her about. I told Sunny that Mr. Puls had left employment with Landmark Communications and signed a severance agreement. The agreement stated that Mr. Puls would be permanently separated from Landmark.

Kim Hogan
Human Resource Director
Landmark Community Newspapers, Inc.
khogan@lcni.com

EXHIBIT 14