

# KINGSMILL

ONE OF THE ANHEUSER-BUSCH COMPANIES

Kim → Hogan
  Terminated —
  going behind our backs to employees
  file lawsuit
  How they were treated unfair

  He gave his Sales People a script
    to participate in spec section
  If they buy in — part is donated
    to local Fire Dept. 2 will
  have to call the Fire Dept.
  Tell community — he did this
  without our approval

  Run an Ad in one of our papers
  That said call your local
  Safeway Stores how disappointed
  they were not adv. in local
  newspapers

  He threatened, I'll sue
  for harass.
  So they called


1010 KINGSMILL ROAD, WILLIAMSBURG, VIRGINIA 23185 (757) 253-1703
WWW.KINGSMILL.COM


EXHIBIT 16