# Dinsmore&Shohl LLP
ATTORNEYS

Ashley C. Pack
502-540-2385
ashley.pack@dinslaw.com

September 8, 2006

Bruce G. Smith, Esq.
Darling, Bergstrom & Milligan, PC
1515 Arapahoe Street
Tower 1, Suite 530
Denver, Colorado 80202

Re: **Russell Puls**

Dear Mr. Smith:

I represent Landmark Community Newspapers, Inc. ("LCNI"). The purpose of this letter is to request your client immediately reimburse LCNI the full amount of his severance payment of $8,250.00.

As you know, LCNI paid Mr. Puls $8,250.00, in exchange for various contractual agreements. Despite Section 8 of the Severance Agreement, we have reason to believe that Mr. Puls made statements, on both his application and in his interview with Trader, that disparaged LCNI. This is in violation of Section 8 which states "Puls agrees that he will not disparage or say anything negative about LCNI, its employees or officers." Pursuant to Section 11, any breach of the non-disparagement clause entitles LCNI to recover all amounts paid to Puls as well as attorney's fees and costs.

In addition, by signing the severance agreement, Puls waived any "claims, charges, demands, causes of action…" that exist as of the date of the execution of the Severance Agreement. Puls' EEOC claim is apparently based on allegedly discriminatory acts that he says he reported while employed.

Due to Mr. Puls' breach of the severance agreement, LCNI is entitled to a return of all severance payments made to him. To avoid further legal action, we request that your client immediately remit the full amount of the payment to LCNI.

Sincerely,

Ashley C. Pack

cc: Kim Hogan, Human Resources Director

RECEIVED SEP 1 1 2006 Darling, Bergstrom & Milligan, PC

EXHIBIT 18

1400 PNC Plaza, 500 West Jefferson Street  Louisville, KY  40202
502.540.2300  502.585.2207 fax  www.dinslaw.com

Charleston   Cincinnati   Columbus   Dayton   Lexington   Louisville   Pittsburgh