t/c Ashley Pack

2/23/06   RE: Russell Puls

They are going to include a stmt. In their letter that Russell Puls violated the agmt when he disclosed to Trader that he left t/c of a difference in mgmt.

SRB

EXHIBIT

19