FW: CO Parent Candidate Recommendation - Russell Puls												Page 2 of 2

From: Ken Rogers [mailto:ken.rogers@traderonline.com]
Sent: Friday, December 16, 2005 9:14 AM
To: 'David Saslavsky'
Subject: CO Parent Candidate Recommendation - Russell Puls

<<...>>

David,

I interviewed Russell Wednesday and believe he has a very good background for your position. Extensive experience with newspaper classified sales management - much within the Denver region (good customer knowledge database). Seems to know that inside out. Has also produced/managed the advertising sales for a number of "magazines" (Business Profiles, Holiday Gift Guide...) which the newspaper produced that may have some similarity to a CO Parent. As you'll see he's worked at publisher level and managed sales organizations but his preference is to "downsize" to an impactful Sales Mgr role with a quality organization and make an industry change from newspaper. He's sold while building sales teams from scratch. Loves the rep development piece. Talked very knowledgably about utilizing "Professional Sales Skills" consultative selling methodology to train his staff. He's always grown revenue in each of his positions.

Recently left Evergreen Newspaper after 4 yrs ... he and the publisher just weren't clicking chemistry wise. Russell kept performing to increasing sales goals while circulation kept decreasing drastically. Russell didn't feel that adequate attention/effort was being directed towards addressing the circulation problem. Resigned and worked his notice.

At Front Page he was originally hired as the sales guru to get them into shape and made sales improvements to bottom line within 30 days. Then soon after he started both the Publisher and the Business Manager resigned and a $250k embezzlement was announced (neither of them were involved but neither stuck around to clean it up). The paper was employee owned and the employees asked him to take on the Publisher position as well. He pulled the organization together and kept it going through chap 11 and he found a buyer. He left once new owner took over.

Rocky Mtn News ... very successful as the Auto Advert Mgr ... promoted to Retail Advert again successful ... putting in 60+ hrs per week the Front Page position looked like a better oppty (at the time).

I'd recommend you speak with him ASAP. Very high quality sales and management candidate with excellent transferable skills/knowledge. He's currently at a total comp of $78k and I screened him at a minimum of $65k. He's quite interested in the position. Let me know your thoughts. Cheers!

Ken Rogers
Trader Publishing Company
Management Recruiting

336 896 0299 xt 308
http://www.traderpublishing.com

5/1/2007

tabbies' EXHIBIT 20