IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., a Virginia corporation, and
LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC., a Colorado
corporation,

    Defendants.

---

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ON FIRST AND SECOND
CLAIMS FOR RELIEF

---

    Pursuant to the hearing held today on the defendants' motion for summary judgment seeking dismissal of the first and second claims for relief in the amended complaint, the Court finds and concludes that the plaintiff has failed to show sufficient evidentiary support for a claim that the defendants breached the obligations of the severance agreement because the plaintiff has failed to show that the communication complained of was not to an affiliate or affiliated entity of Landmark Community Newspapers, Inc., and Landmark Community Newspapers of Colorado, Inc. Additionally, the plaintiff has failed to show any support for a claim of tortious interference with contract. Accordingly, it is

    ORDERED that the defendants' motion for summary judgment of dismissal of the first and second claims for relief is granted.

    DATED: December 17th, 2007.

                                BY THE COURT:
                                s/Richard P. Matsch

                                Richard P. Matsch, Senior District Judge