IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:             December 17, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 07-cv-00170-RPM-CBS

| RUSSELL A. PULS, JR., | Bruce G. Smith |
|---|---|
| Plaintiff, | |
| v. | |
| LANDMARK COMMUNITY NEWSPAPERS, INC. a Virginia corporation and | William M. Furr Barbara A. Grandjean |
| LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC., a Colorado corporation, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**2:55 p.m.      Court in session.**

Court's preliminary remarks and states its understanding of the case.

2:59 p.m.      Argument by Mr. Furr.
3:12 p.m.      Argument by Mr. Smith.

**ORDERED:    Motion for Summary Judgment on First and Second Claims for Relief in the Second Amended Complaint, filed June 27, 2007 [36], is granted. First and Second Claims of the Second Amended Complaint are dismissed.**

**3:21 p.m.      Court in recess.**

Hearing concluded.  Total time: 26 min.