UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 1:07-cv-170-RPM-CBS

RUSSELL A. PULS, JR.,

       Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., a Virginia Corporation, and
LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC., a Colorado corporation,

       Defendants.

## STIPULATION OF DISMISSAL OF THE THIRD CLAIM FOR RELIEF

NOW COME Russell A. Puls, Jr. ("Puls" or the "Plaintiff") and Landmark Community Newspapers, Inc. and Landmark Community Newspapers of Colorado, Inc. (collectively, "Landmark" or the "Defendants"), all by counsel, and together file this Stipulation of Dismissal of the Third Claim for Relief (the "Stipulation of Dismissal") pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. And in support of their Stipulation of Dismissal, the Plaintiff and Defendants respectfully state as follows:

1.    On or about June 27, 2007, the Defendants filed a Motion for Summary Judgment (the "Motion") as to the first and second claims for relief in a Complaint styled <u>Russell A. Puls, Jr. v. Landmark Community Newspapers, Inc. and Landmark Community Newspapers of Colorado, Inc.</u> and designated as civil case number 2:07cv00170 (the "Complaint"), pending in the United States District Court for the District of Colorado.

{00232548.DOC}

2. After a hearing on the Motion, this Court entered an Order on December 17, 2007 granting summary judgment in favor of the Defendants on the first and second claims for relief in the Complaint.

3. Pursuant to a prior agreement of the parties, Landmark's Motion did not address Puls' third claim for relief in the Complaint, which alleges retaliation under Title VII of the Civil Rights Act of 1964 (the "Retaliation Claim").

4. In the spirit of compromise and to mitigate the cost of litigation, Puls has agreed to dismiss the Retaliation Claim without prejudice.

5. The parties expressly understand and agree that the dismissal will not prejudice the right of Puls to reinstate the Retaliation Claim, notwithstanding the expiration of any applicable limitations period, should this Court's December 17, 2007 grant of summary judgment in favor of Landmark be reversed on appeal, as defined by a separate written Agreement this date between the parties.

6. Puls and Landmark have agreed, as evidenced by the respective endorsements of this Stipulation of Dismissal, to the terms set forth above.

WHEREFORE, Plaintiff Russell A. Puls, Jr. and Defendants Landmark Community Newspapers, Inc. and Landmark Community Newspapers of Colorado, Inc. respectfully request that this Court enter an Order dismissing the Plaintiff's third claim for relief against the Defendants, without prejudice, and granting such further relief as this Honorable Court deems equitable, just, and proper.

DATED this 19th day of February, 2008.

|  | Respectfully submitted, |
|---|---|
| RUSSELL A. PULS, JR. | LANDMARK COMMUNITY NEWSPAPERS, INC., and LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC. |

/s/ Bruce G. Smith

Bruce G. Smith
DARLING, BERGSTROM & MILLIGAN, P.C.
1515 Arapahoe Street
Tower 1, Suite 530
Denver, Colorado 80202
Telephone: 303-623-9133
E-mail: bsmith@dbm-law.com

**Counsel for the Plaintiff**

/s/ Barbara A. Grandjean

Barbara A. Grandjean
JACOBS CHAE FRICK KLEINKOPF & KELLEY, LLC
1050 17th Street, Suite 1500
Denver, CO 80265
Telephone:   303-685-4800
Fax: 303-685-4869
E-mail: bgrandjean@jcfkk.com

William M. Furr (VSB#29554)
Ruby W. Lee (VSB#71202)
WILLCOX & SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: 757-628-5651
Fax: 757-628-5566
E-mail: wfurr@wilsav.com

**Counsel for Defendants**