UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 1:07-cv-170-RPM-CBS

RUSSELL A. PULS, JR.,

      Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., a Virginia Corporation, and
LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC., a Colorado corporation,

      Defendants.

**CONSENT ORDER GRANTING DISMISSAL OF THIRD CLAIM FOR RELIEF**

      THIS DAY come the parties, by counsel, on the Stipulation of Dismissal presented by the Plaintiff, Russell A. Puls, Jr. ("Puls").  It appearing to the Court that the parties have mutually agreed, as evidenced by their endorsements to the Stipulation of Dismissal and this Order, that Puls will dismiss his third claim for relief against Defendants Landmark Community Newspapers, Inc. and Landmark Community Newspapers of Colorado, Inc. (collectively, "Landmark"), without prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is

      ORDERED that the third claim for relief of Plaintiff Russell A. Puls, Jr. against Defendants Landmark Community Newspapers, Inc. and Landmark Community Newspapers of Colorado, Inc. shall be, and hereby is, dismissed without prejudice to the Plaintiff.

      Date:

                                                            Richard P. Matsch, Senior District Judge

{00232547.DOC}

SEEN AND AGREED:

*Bruce G. Smith*

Bruce G. Smith
DARLING, BERGSTROM & MILLIGAN, P.C.
1515 Arapahoe Street
Tower I, Suite 530
Denver, Colorado 80202
Telephone: 303-623-9133
E-mail: bsmith@dbm-law.com

**Counsel for the Plaintiff**

*Barbara A. Grandjean*

Barbara A. Grandjean
JACOBS CHAE FRICK KLEINKOPF & KELLEY, LLC
1050 17th Street, Suite 1500
Denver, CO 80265
Telephone:   303-685-4800
Fax: 303-685-4869
E-mail: bgrandjean@jcfkk.com

William M. Furr (VSB#29554)
Ruby W. Lee (VSB#71202)
WILLCOX & SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: 757-628-5651
Fax: 757-628-5566
E-mail: wfurr@wilsav.com

**Counsel for Defendants**