IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 07-CV-00170-RPM-CBS

RUSSELL A. PULS, JR.,

      Plaintiff,

vs.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC., a Colorado corporation

      Defendants.

## NOTICE OF APPEAL

Notice is hereby given that RUSSELL A. PULS, JR., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Granting Motion for Summary Judgment on First and Second Claims for Relief, entered in this action on the 17th day of December, 2007, as made final by dismissal of the remaining third claim on February 19, 2008.

Dated March 17, 2008.

                                                DARLING, BERGSTROM & MILLIGAN, PC

                                        By: _____
                                                Bruce G. Smith
                                                Attorney for Plaintiff
                                                1515 Arapahoe Street
                                                Tower 1, Suite 530
                                                Denver, CO  80202
                                                Telephone: (303) 623-9133