APPEAL, NDISPO, TERMED

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00170-RPM-CBS

| | |
|---|---|
| Puls v. Landmark Community Newspapers, Inc. et al | Date Filed: 01/23/2007 |
| Assigned to: Judge Richard P. Matsch | Date Terminated: 02/19/2008 |
| Referred to: Magistrate Judge Craig B Shaffer | Jury Demand: Both |
| Case in other court:  Jefferson County District Court, 2007CV0042 | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |
| Cause: 42:2000e Job Discrimination (Employment) | |

**Plaintiff**

**Russell A. Puls, Jr.**　　　　　　　　　represented by **Bruce G. Smith**
Darling, Bergstrom & Milligan, PC
1515 Arapahoe Street
Tower 1
#530
Denver, CO 80202
303-623-9133
Fax: 303-623-9129
Email: bsmith@dbm-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Landmark Community Newspapers, Inc.**　　　　　represented by **Barbara Ann Grandjean**
*a Virginia corporation*　　　　　　　　　Jacobs, Chase, Frick, Kleinkopf & Kelley, LLC
1050 Seventeenth Street
#1500
Denver, CO 80265-2078
303-892-4458
Fax: 303-685-4869
Email: bgrandjean@jcfkk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Furr**
Willcox & Savage, P.C.
One Commercial Place
#1800
Norfolk, VA 23510

757-628-5651<br>
Fax: 757-628-5566<br>
Email: wfurr@wilsav.com

**Defendant**

| | | |
|---|---|---|
| **Landmark Community Newspapers of Colorado, Inc.**<br>*a Colorado corporation* | represented by | **Barbara Ann Grandjean**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William M. Furr**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2007 | 1 | NOTICE OF REMOVAL from Jefferson County District Court, Case Number 2007CV0042. ( Filing fee $ 350 Receipt Number 273901), filed by Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc. (Attachments: # 1 Exh A - Complaint, Summons, Cover Sheet# 2 Exh B - State Court Answer# 3 Civil Cover Sheet # 4 Supplemental Civil Cover Sheet # 5 Receipt)(llr, ) (Entered: 01/24/2007) |
| 01/23/2007 | 2 | State Court COMPLAINT and Jury Demand against Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc., filed by Russell A. Puls, Jr. Text only entry - no document attached.(llr, ) (Entered: 01/24/2007) |
| 01/23/2007 | 3 | State Court ANSWER to Complaint by Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc. Text only entry - no document attached.(llr, ) (Entered: 01/24/2007) |
| 01/23/2007 | 4 | Defendants Rule 7.4 (CORPORATE) DISCLOSURE STATEMENT by Defendants Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc. (llr, ) (Entered: 01/24/2007) |
| 01/29/2007 | 5 | ORDER REFERRING CASE to Magistrate Judge Craig B Shaffer by Judge Matsch. (jjh, ) (Entered: 01/29/2007) |
| 01/30/2007 | 6 | ORDER Setting Scheduling Conference for 3/6/2007 08:30 AM in Courtroom A 402 before Magistrate Judge Craig B Shaffer. Parties shall submit their proposed scheduling order by 02/27/07 at 5:00pm Mountain Time. Signed by Magistrate Judge Craig B Shaffer on 01/30/07. (jjh, ) (Entered: 01/30/2007) |
| 02/01/2007 | 7 | MINUTE ORDER Setting Scheduling Conference for 3/13/2007 08:30 AM in Courtroom A 402 before Magistrate Judge Craig B Shaffer. Scheduling Conference set for 03/06/07 is Vacated by Magistrate Judge Craig B Shaffer on 02/01/07. (jjh, ) (Entered: 02/01/2007) |
| 02/20/2007 | 8 | NOTICE of Entry of Appearance by William M. Furr on behalf of all |

|  |  |  |
|---|---|---|
|  |  | defendants (Furr, William) (Entered: 02/20/2007) |
| 03/06/2007 | 9 | Proposed Scheduling Order by Plaintiff Russell A. Puls, Jr, Defendants Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc.. (Smith, Bruce) (Entered: 03/06/2007) |
| 03/13/2007 | 10 | Courtroom Minutes/Minute Order for proceedings held before Magistrate Judge Craig B Shaffer. Scheduling Conference held on 3/13/2007: Discovery due by 5/7/2007; Dispositive Motions due by 5/22/2007. (Court Reporter FTR - Ben Van Dyke) (cbscd) (Entered: 03/13/2007) |
| 03/13/2007 | 11 | SCHEDULING ORDER: Discovery due by 5/7/2007. Dispositive Motions due by 5/22/2007. Trial is to a jury and is anticipated to be 3 days. Signed by Magistrate Judge Craig B Shaffer on 03/13/07. (jjh, ) (Entered: 03/13/2007) |
| 04/10/2007 | 12 | Stipulated MOTION for Protective Order by Plaintiff Russell A. Puls, Jr. (Attachments: # 1 Proposed Order (PDF Only) Protective Order)(Smith, Bruce) (Entered: 04/10/2007) |
| 04/11/2007 | 13 | MEMORANDUM regarding 12 Stipulated MOTION for Protective Order filed by Russell A. Puls, Jr. Motions referred to Magistrate Judge Craig B Shaffer by Judge Richard P. Matsch on 04/11/07. (Text Only Entry - No Document Attached)(jjh, ) (Entered: 04/11/2007) |
| 04/11/2007 | 14 | Minute ORDER granting Stipulated 12 Motion for Protective Order. Proposed protective Order is accepted by the court by Magistrate Judge Craig B Shaffer on 04/11/07.(jjh, ) (Entered: 04/11/2007) |
| 04/11/2007 | 15 | PROTECTIVE ORDER. Signed by Magistrate Judge Craig B Shaffer on 04/11/07. (jjh, ) (Entered: 04/11/2007) |
| 05/01/2007 | 16 | MOTION to Amend/Correct/Modify *Complaint and Jury Demand* by Plaintiff Russell A. Puls, Jr. (Attachments: # 1 Proposed Document Amended Complaint and Jury Demand# 2 Exhibit Exhibit A to Amended Complaint and Jury Demand# 3 Exhibit Exhibit B to Amended Complaint and Jury Demand)(Smith, Bruce) (Entered: 05/01/2007) |
| 05/01/2007 | 21 | AMENDED COMPLAINT and Jury Demand against all defendants, filed by Russell A. Puls, Jr. (Attachments: # 1 Exhibit A# 2 Exhibit B) (jjh, ) (Entered: 05/17/2007) |
| 05/02/2007 | 17 | MEMORANDUM regarding 16 MOTION to Amend/Correct/Modify Complaint and Jury Demand filed by Russell A. Puls, Jr. Motions referred to Magistrate Judge Craig B Shaffer by Judge Richard P. Matsch on 05/02/07. (Text Only Entry - No Document Attached)(jjh, ) (Entered: 05/02/2007) |
| 05/02/2007 | 18 | MINUTE ORDER that the deadline for Defendants to respond to Plaintiff's Motion to Amend Complaint 16 by 05/15/07. A Reply Brief will not be accepted by Magistrate Judge Craig B Shaffer on 05/02/07. (jjh, ) (Entered: 05/02/2007) |
| 05/07/2007 | 19 | NOTICE re 16 MOTION to Amend/Correct/Modify *Complaint and Jury* |

| | | |
|---|---|---|
| | | *Demand is Unopposed* by Defendants Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc. (Grandjean, Barbara) (Entered: 05/07/2007) |
| 05/17/2007 | 20 | Minute ORDER granting Plaintiff's 16 Motion to Amend Complaint. As of the date of this Order, the Clerk's office is instructed to accept for filing, the amended complaint, and exhibits A and B tendered to the Court on 05/01/07 by Magistrate Judge Craig B Shaffer on 05/17/07. (jjh, ) (Entered: 05/17/2007) |
| 05/22/2007 | 22 | MOTION for Summary Judgment by Defendants Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc.. (Grandjean, Barbara) (Entered: 05/22/2007) |
| 05/22/2007 | 23 | BRIEF in Support re 22 MOTION for Summary Judgment filed by Defendants Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc.. (Attachments: # 1 Exhibit Exhibit A-1# 2 Exhibit Exhibit A-2# 3 Exhibit Exhibit A-3, Part 1 of 2# 4 Exhibit Exhibit A-3 Part 2 of 2# 5 Exhibit Exhibit A-4)(Grandjean, Barbara) (Entered: 05/22/2007) |
| 06/01/2007 | 24 | ANSWER to Amended Complaint *and Jury Demand* by Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc..(Grandjean, Barbara) (Entered: 06/01/2007) |
| 06/04/2007 | 25 | LETTER re: 24 Answer to Amended Complaint *enclosing Signature Page* by Defendants Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc.. (Grandjean, Barbara) (Entered: 06/04/2007) |
| 06/11/2007 | 26 | Unopposed MOTION for Extension of Time to File Response/Reply *Pursuant to Fed.R.Civ.P. 56(f) DC Colo LCiv 6.1 and 56.1 and to Modify Scheduling Order* by Plaintiff Russell A. Puls, Jr. (Attachments: # 1 Conventionally Submitted First Request for Production of Documents# 2 Exhibit List of Privileged Documents dtd May 31, 2007)(Smith, Bruce) (Entered: 06/11/2007) |
| 06/11/2007 | 27 | First MOTION to Compel *Pursuant to Fed.R.Civ.P. 37* by Plaintiff Russell A. Puls, Jr. (Attachments: # 1 Exhibit List of Privileged Documents dated May 31, 2007# 2 Affidavit Affidavit of Susan Blake# 3 Deposition Excerpts Deposition of Susan Blake# 4 Affidavit Affidavit Kim Hogan# 5 Deposition Excerpts Deposition of Kim Hogan# 6 Exhibit Case law# 7 Exhibit Case law)(Smith, Bruce) (Entered: 06/11/2007) |
| 06/12/2007 | 28 | MEMORANDUM regarding 27 First MOTION to Compel Pursuant to Fed.R.Civ.P. 37 filed by Russell A. Puls, Jr.. Motions referred to Magistrate Judge Craig B Shaffer by Judge Richard P. Matsch on 06/12/07. (Text Only Entry - No Document Attached)(jjh, ) (Entered: 06/12/2007) |
| 06/12/2007 | 29 | MEMORANDUM regarding 26 Unopposed MOTION for Extension of Time to File Response/Reply Pursuant to Fed.R.Civ.P. 56(f) DC Colo LCiv 6.1 and 56.1 and to Modify Scheduling OrderUnopposed MOTION |

| | | |
|---|---|---|
| | | for Extension of Time to File Response/Reply Pursuant to Fed.R.Civ.P. 56(f) DC Colo LCiv 6.1 and 56.1 and to Modify Scheduling Order filed by Russell A. Puls, Jr. Motions referred to Magistrate Judge Craig B Shaffer by Judge Richard P. Matsch on 06/12/07. (Text Only Entry - No Document Attached)(jjh, ) (Entered: 06/12/2007) |
| 06/12/2007 | 30 | MINUTE ORDER setting Plaintiff's Motion to Compel and Motion for Extension on 6/26/2007 08:15 AM in Courtroom A 402 before Magistrate Judge Craig B Shaffer by Magistrate Judge Craig B Shaffer on 06/12/07. (jjh, ) (Entered: 06/12/2007) |
| 06/13/2007 | 31 | MOTION to Withdraw 27 First MOTION to Compel *Pursuant to Fed.R.Civ.P. 37 Withdrawal of Motion to Compel* by Plaintiff Russell A. Puls, Jr. (Smith, Bruce) (Entered: 06/13/2007) |
| 06/14/2007 | 32 | MEMORANDUM regarding 31 MOTION to Withdraw 27 First MOTION to Compel Pursuant to Fed.R.Civ.P. 37 Withdrawal of Motion to Compel filed by Russell A. Puls, Jr. Motions referred to Magistrate Judge Craig B Shaffer by Judge Richard P. Matsch on 06/14/07. (Text Only Entry - No Document Attached)(jjh, ) (Entered: 06/14/2007) |
| 06/15/2007 | 33 | ORDER ; granting Plaintiff's 31 Motion to Withdraw Motion to Compel and withdrawing Plaintiff's 27 Motion to Compel. The 6/26/07 hearing is vacated, by Magistrate Judge Craig B Shaffer on 6/15/07.(gms, ) (Entered: 06/15/2007) |
| 06/20/2007 | 34 | MINUTE ORDER setting Telephonic Status Conference for 6/26/2007 08:30 AM before Magistrate Judge Craig B Shaffer by Magistrate Judge Craig B Shaffer on 06/20/07. (jjh, ) (Entered: 06/20/2007) |
| 06/26/2007 | 35 | Courtroom Minutes/Minute Order for proceedings held before Magistrate Judge Craig B Shaffer. Telephonic Status Conference held on 6/26/2007: Granting 26 Motion for Extension of Time to File Response/Reply. Defendants shall file their revised motion for summary judgment by 6/27/2007, and plaintiff's response shall be due by 7/9/2007. (Court Reporter FTR - Ben Van Dyke) (cbscd) (Entered: 06/26/2007) |
| 06/27/2007 | 36 | MOTION for Summary Judgment *on the First and Second Claims for Relief in the Amended Complaint* by Defendants Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc.. (Grandjean, Barbara) (Entered: 06/27/2007) |
| 06/27/2007 | 37 | BRIEF in Support re 36 MOTION for Summary Judgment *on the First and Second Claims for Relief in the Amended Complaint* filed by Defendants Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc.. (Attachments: # 1 Exhibit A-1# 2 Exhibit A-2# 3 Exhibit A-3 Part 1 of 2# 4 Exhibit A-3 Part 2 of 2) (Grandjean, Barbara) (Entered: 06/27/2007) |
| 06/27/2007 | 38 | Unopposed MOTION to Amend/Correct/Modify 36 MOTION for Summary Judgment *on the First and Second Claims for Relief in the Amended Complaint*, 37 Brief in Support of Motion, by Defendants Landmark Community Newspapers, Inc., Landmark Community |

| | | |
|---|---|---|
| | | Newspapers of Colorado, Inc.. (Attachments: # 1 Proposed Order (PDF Only))(Grandjean, Barbara) (Entered: 06/27/2007) |
| 06/29/2007 | ●39 | MEMORANDUM regarding 38 Unopposed MOTION to Amend/Correct/Modify 36 MOTION for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint, 37 Brief in Support of Motion,Unopposed MOTION to Amend/Correct/Modify 36 MOTION for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint, 37 Brief in Support of Motion, filed by Landmark Community Newspapers of Colorado, Inc., Landmark Community Newspapers, Inc.. Motions referred to Magistrate Judge Craig B Shaffer by Judge Richard P. Matsch on 06/29/07. (Text Only Entry - No Document Attached)(jjh, ) (Entered: 06/29/2007) |
| 07/02/2007 | ●40 | Minute ORDER granting Defendant's Unopposed 38 Motion to Substitute Filing. Clerk's office is instructed to accept for filing Defendants' Motion for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint amd the Memorandum of Law in Support of Defendants' Motion for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint by Magistrate Judge Craig B Shaffer on 07/02/07.(jjh, ) (Entered: 07/02/2007) |
| 07/02/2007 | ●41 | AMENDED MINUTE ORDER. Ordered that Defendant's Unopposed Motion to Substitute Filing is Granted. ORDERED that Defendants Motion for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint (doc. no. 36) and the Memorandum of Law in Support of Defendants Motion for Summary Judgment on the First and Second Claims for Relief in the Amended Complaint (doc. no. 37) are accepted, as filed, on 06/27/07 by Magistrate Judge Craig B Shaffer on 07/02/07. (jjh, ) (Entered: 07/02/2007) |
| 07/09/2007 | ●42 | Response to Motion for Partial Summary Judgment 36 by Plaintiff Russell A. Puls, Jr. (Attachments: # 1 Affidavit Affidavit of Russell Puls# 2 Deposition Excerpts Depo of Kim Hogan# 3 Deposition Excerpts Depo of David Saslavsky# 4 Deposition Excerpts Depo of Susan Blake# 5 Exhibit Exhibit 1# 6 Exhibit Exhibit 2# 7 Exhibit Exhibit 3# 8 Exhibit Exhibit 4# 9 Exhibit Exhibit 5# 10 Exhibit Exhibit 6# 11 Exhibit Exhibit 7# 12 Exhibit Exhibit 8# 13 Exhibit Exhibit 9# 14 Exhibit Exhibit 10# 15 Exhibit Exhibit 11# 16 Exhibit Exhibit 12# 17 Exhibit Exhibit 13# 18 Exhibit Exhibit 14# 19 Exhibit Exhibit 15# 20 Exhibit Exhibit 16# 21 Exhibit Exhibit 17# 22 Exhibit Exhibit 18# 23 Exhibit Exhibit 19# 24 Exhibit Exhibit 20)(Smith, Bruce) Modified on 11/9/2007 to add linkage and note that this is not a Motion this is a Response to a Motion (jjh, ). (Entered: 07/09/2007) |
| 07/24/2007 | ●43 | REPLY to Response to Motion re 42 MOTION for Partial Summary Judgment *Response to Motion for Partial Summary Judgment* filed by Defendants Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc.. (Grandjean, Barbara) (Entered: 07/24/2007) |
| | | |

| 11/09/2007 | 44 | Docket Annotation re: 42 Response to Motion for Partial Summary Judgment 36 . Modifed to add linkage and note that this is not a motion this is a Response to a Motion Text only entry - no document attached (jjh, ) (Entered: 11/09/2007) |
|---|---|---|
| 11/30/2007 | 45 | MINUTE ORDER Setting Hearing on 36 MOTION for Summary Judgment on the First and Second Claims for Relief for 12/17/2007 03:00 PM in Courtroom A before Judge Richard P. Matsch, by Judge Richard P. Matsch on 11/30/07. (lam, ) (Entered: 11/30/2007) |
| 12/17/2007 | 46 | ORDER granting 36 Motion for Summary Judgment on First and Second Claims for Relief. Signed by Judge Richard P. Matsch on 12/17/07.(jjh, ) (Entered: 12/17/2007) |
| 12/17/2007 | 47 | Minute Entry - Courtroom Minutes for Motion Hearing held on 12/17/2007 before Judge Richard P. Matsch. ORDERED: Motion for Summary Judgment on First and Second Claims for Relief in the Second Amended Complaint, filed June 27, 2007 36 , is granted. First and Second Claims of the Second Amended Complaint are dismissed. (Court Reporter FTR - K. Terasaki) (rpmcd) (Entered: 12/17/2007) |
| 01/14/2008 | 48 | ORDER setting Calendar Call for 2/29/2008 08:30 AM in Courtroom A before Judge Richard P. Matsch. Signed by Judge Richard P. Matsch on 01/14/08. (jjh, ) (Entered: 01/14/2008) |
| 02/19/2008 | 49 | STIPULATION *of Dismissal of the Third Claim for Relief* by Plaintiff Russell A. Puls, Jr, Defendants Landmark Community Newspapers, Inc., Landmark Community Newspapers of Colorado, Inc.. (Attachments: # 1 Proposed Order (PDF Only) Consent Order)(Grandjean, Barbara) (Entered: 02/19/2008) |
| 02/19/2008 | 50 | Consent ORDER granting Dismissal of Third Claim for Relief on the 49 Stipulation of Dismissal. That the third claim for relief of the Plaintiff Russell A. Puls, Jr. against Defendants Landmark Community Newspapers, Inc. and Landmark Community Newspapers of Colorado, Inc. are dismissed without prejudice to the Plaintiff. Signed by Judge Richard P. Matsch on 2/19/08. (lam, ) (Entered: 02/19/2008) |
| 03/17/2008 | 51 | NOTICE OF APPEAL as to 46 Order on Motion for Summary Judgment by Plaintiff Russell A. Puls, Jr (Smith, Bruce) (Entered: 03/17/2008) |