IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00170-RPM-CBS

RUSSELL A. PULS, JR.,

      Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., a Virginia corporation, and
LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC., a Colorado
corporation,

      Defendants.

---

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ON FIRST AND SECOND
CLAIMS FOR RELIEF

---

Pursuant to the hearing held today on the defendants' motion for summary judgment seeking dismissal of the first and second claims for relief in the amended complaint, the Court finds and concludes that the plaintiff has failed to show sufficient evidentiary support for a claim that the defendants breached the obligations of the severance agreement because the plaintiff has failed to show that the communication complained of was not to an affiliate or affiliated entity of Landmark Community Newspapers, Inc., and Landmark Community Newspapers of Colorado, Inc. Additionally, the plaintiff has failed to show any support for a claim of tortious interference with contract.  Accordingly, it is

ORDERED that the defendants' motion for summary judgment of dismissal of the first and second claims for relief is granted.

DATED: December 17th, 2007.

                            BY THE COURT:
                            s/Richard P. Matsch

                            Richard P. Matsch, Senior District Judge

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

### Senior District Judge Richard P. Matsch

Civil Action Number 1:07-cv-170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., a Virginia Corporation, and

LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC., a Colorado corporation,

    Defendants.

---

**CONSENT ORDER GRANTING DISMISSAL OF THIRD CLAIM FOR RELIEF**

---

THIS DAY come the parties, by counsel, on the Stipulation of Dismissal presented by the Plaintiff, Russell A. Puls, Jr. ("Puls"). It appearing to the Court that the parties have mutually agreed, as evidenced by their endorsements to the Stipulation of Dismissal and this Order, that Puls will dismiss his third claim for relief against Defendants Landmark Community Newspapers, Inc. and Landmark Community Newspapers of Colorado, Inc. (collectively, "Landmark"), without prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED that the third claim for relief of Plaintiff Russell A. Puls, Jr. against Defendants Landmark Community Newspapers, Inc. and Landmark Community Newspapers of Colorado, Inc. shall be, and hereby is, dismissed without prejudice to the Plaintiff.

2

Date: February 19, 2008

                                          s/Richard P. Matsch

                                          Richard P. Matsch, Senior District Judge

SEEN AND AGREED:

{00232547.DOC}

Bruce G. Smith
DARLING, BERGSTROM & MILLIGAN, P.C.
1515 Arapahoe Street
Tower 1, Suite 530
Denver, Colorado 80202
Telephone:  303-623-9133
E-mail:  bsmith@dbm-law.com

**Counsel for the Plaintiff**

Barbara A. Grandjean

JACOBS CHAE FRICK KLEINKOPF & KELLEY, LLC

1050 17th Street, Suite 1500

Denver, CO  80265

Telephone:     303-685-4800

Fax:  303-685-4869

E-mail:  bgrandjean@jcfkk.com


William M. Furr (VSB#29554)

Ruby W. Lee (VSB#71202)

WILLCOX & SAVAGE, P.C.

One Commercial Place, Suite 1800

Norfolk, Virginia 23510

Telephone:  757-628-5651

Fax:  757-628-5566

E-mail:           wfurr@wilsav.com


**Counsel for Defendants**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 07-CV-00170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

vs.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC., a Colorado corporation

    Defendants.

---

## NOTICE OF APPEAL

---

Notice is hereby given that RUSSELL A. PULS, JR., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Granting Motion for Summary Judgment on First and Second Claims for Relief, entered in this action on the 17th day of December, 2007, as made final by dismissal of the remaining third claim on February 19, 2008.

Dated March 17, 2008.

DARLING, BERGSTROM & MILLIGAN, PC

By: _/s/ Bruce G. Smith_____
Bruce G. Smith
Attorney for Plaintiff
1515 Arapahoe Street
Tower 1, Suite 530
Denver, CO 80202
Telephone: (303) 623-9133