```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX008452
Cashier ID: sg
Transaction Date: 03/18/2008
Payer Name: DARLING BERGSTROM
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: DARLING BERGSTROM
 Amount:       $455.00
-----------------------------------
CHECK
 Check/Money Order Num: 12370
 Amt Tendered: $455.00
-----------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

07-CV-00170-RPM-CBS


A fee of $45.00 will be assessed on
any returned check.
```