## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within ten days of filing the notice of appeal**

Short Title: Puls v. Landmark Community Newspapers, et. al.
District: U.S. District Court for District of Colorado

District Court Number: 07-CV-00170-RPM-CBS   Circuit Court Number: 07-CV-00170-RPM-CBS
Name of Attorney: Bruce G. Smith
    Name of Law Firm: Darling, Bergstrom & Milligan, PC
    Address of Firm: 1515 Arapahoe Street, Tower 1, Suite 530
    Telephone of Firm: 303-623-9133   Attorneys for: Appellant/Plaintiff
Name of Court Reporter: Kathy Terasaki   Telephone of Reporter: (303) 335-2095 – Federal Reporting Service

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
    [] A transcript is not necessary for this appeal, or
    [] The necessary transcript is already on file in District Court
    [] The necessary transcript was ordered previously in appeal number _____

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(Specify the date and proceeding in the space below)
Voir dire:_____; Opening Statements:_____;
Trial proceedings: Hearing of December 17, 2007; Instruction Cnf:_____;
Jury Instructions:_____; Closing Arguments:_____;
Post Trial Motions:_____; Other Proceedings:_____.
(Attach additional pages if necessary)

[XX] **Appellant will pay the cost of the transcript.**
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

[] **This case is proceeding under the Criminal Justice Act.**
NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se:   s/ Bruce G. Smith                Date: March 17, 2008

**PART III - TO BE COMPLETED BY THE COURT REPORTER**
Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Date arrangements for payment completed: 3/21/08
Estimated completion date: 5/20/08
Estimated number of pages: 45

MAY 24 2008

GREGORY C. LANGHAM
CLERK

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: Kathy Terasaki      Date: 3/24/08

CC: CH, KT, FEDERAL REPORTING & BOBBI

**TRANSCRIPT ORDER FORM**