FILED
United States Court of Appeals
Tenth Circuit

**April 22, 2008**

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

Elisabeth A. Shumaker
Clerk of Court

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 21 2008

GREGORY C. LANGHAM
CLERK

RUSSELL A. PULS, JR.,

    Plaintiff - Appellant,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., a Virginia corporation, et al.,

    Defendants - Appellees.

No. 08-1083

07 cv 170 -RPM

## ORDER

Briefing on the merits is **TOLLED** pending further order of this court. *See* 10th Cir. R. 27.2(C).

The court is considering summary dismissal of this appeal for lack of jurisdiction because it appears from the district court docket that no final order has been entered by the district court. *See* Fed. R. Civ. P. 54(b). The order dismissing the remaining claim without prejudice may not be sufficient to render the earlier orders final for purposes of appeal. *See Jackson v. Volvo Trucks,* 462 F.3d 1234, 1238 (10th Cir. 2006) ("Our general rule is that a party cannot obtain appellate jurisdiction where the district court has dismissed at least one claim without prejudice because the case has not been fully disposed of in the lower court.") (citing

to *Heimann v. Snead*, 133 F.3d 767, 769 (10th Cir. 1998)).

Accordingly, within **30 days** of the date of this order, the plaintiff shall serve and file either a memorandum brief explaining why he believes there is appellate jurisdiction or a copy of a district court order granting either a final judgment or a Rule 54(b) certification. *See Lewis v. B.F. Goodrich Co.*, 850 F.2d 641 (10th Cir. 1988); *Nolan v. U.S. Department of Justice*, 973 F.2d 843 (10th Cir. 1992). *See also Stockman's Water Co. v. Vaca Partners*, 425 F.3d 1263, 1265 (10th Cir. 2005) ("courts entering a Rule 54(b) certification should 'clearly articulate their reasons and make careful statements based on the record supporting their determination of "finality" and "no just reason for delay" so that we [can] review a 54(b) order more intelligently[] and thus avoid jurisdictional remands.'") (quoting *Old Republic Insurance Co. v. Durango Air Services, Inc.*, 283 F.3d 1222, 1225 n.5 (10th Cir. 2002)).

Failure to file a timely response to this order may result in dismissal of this appeal without further notice. *See Lewis*, 850 F.2d at 645-46.

> Entered for the Court
> ELISABETH A. SHUMAKER, Clerk
>
> *Ellen Rich Reiter*
>
> Ellen Rich Reiter
> Deputy Clerk/Jurisdictional Attorney