UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

May 22, 2008

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   Puls v. Landmark Community Newspaper, Inc**

Court of Appeals Case No. 08-1083
District Court Case No. 07-cv-00170-RPM-CBS

Dear Clerk of Court:

Please be advised that the record in the above referenced matter that was certified as complete on 05/21/08 was certified prematurely. The Court of Appeals entered an order on April 22, 2008 in which the briefing on the merits was Tolled pending further order of that court. This case will be re-certified upon notification from the Court of Appeals that the case is no longer being tolled.
.

Sincerely,
GREGORY C. LANGHAM, Clerk


by s/ B. Reed
   Deputy Clerk


cc: SEE NOTICE OF ELECTRONIC FILING