**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | June 16, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

Bruce G. Smith
Darling, Bergstrom & Milligan, Pc
1515 Arapahoe Street
Tower 1
# 530
Denver,
U.S.A.

**RE:**   08-1083, Puls, Jr. v. Landmark Community Newspaper, et al
          Dist/Ag docket: 1:07-cv-00170-RPM-CBS

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

                                        Sincerely,

                                        *Elisabeth A. Shumaker*

                                        Elisabeth A. Shumaker
                                        Clerk of the Court


cc:     William M. Furr
        Barbara Ann Grandjean
        Elizabeth L. Harris


EAS/jm