UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

**Senior District Judge Richard P. Matsch**

Civil Action Number 1:07-cv-170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

v.

LANDMARK COMMUNITY NEWSPAPERS, INC., a Virginia Corporation, and

LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC., a Colorado corporation,

    Defendants.

---

**CONSENT ORDER GRANTING DISMISSAL OF THIRD CLAIM FOR RELIEF**

---

THIS DAY come the parties, by counsel, on the Stipulation of Dismissal presented by the Plaintiff, Russell A. Puls, Jr. ("Puls"). It appearing to the Court that the parties have mutually agreed, as evidenced by their endorsements to the Stipulation of Dismissal and this Order, that Puls will dismiss his third claim for relief against Defendants Landmark Community Newspapers, Inc. and Landmark Community Newspapers of Colorado, Inc. (collectively, "Landmark"), without prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED that the third claim for relief of Plaintiff Russell A. Puls, Jr. against Defendants Landmark Community Newspapers, Inc. and Landmark Community Newspapers of Colorado, Inc. shall be, and hereby is, dismissed without prejudice to the Plaintiff.

**EXHIBIT C**

Date: February 19, 2008

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge

SEEN AND AGREED:

Bruce G. Smith
DARLING, BERGSTROM & MILLIGAN, P.C.
1515 Arapahoe Street
Tower 1, Suite 530
Denver, Colorado 80202
Telephone: 303-623-9133
E-mail: bsmith@dbm-law.com

**Counsel for the Plaintiff**

Barbara A. Grandjean

JACOBS CHAE FRICK KLEINKOPF & KELLEY, LLC

1050 17th Street, Suite 1500

Denver, CO 80265

Telephone:   303-685-4800

Fax: 303-685-4869

E-mail: bgrandjean@jcfkk.com


William M. Furr (VSB#29554)

Ruby W. Lee (VSB#71202)

WILLCOX & SAVAGE, P.C.

One Commercial Place, Suite 1800

Norfolk, Virginia 23510

Telephone: 757-628-5651

Fax: 757-628-5566

E-mail:   wfurr@wilsav.com


**Counsel for Defendants**