**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.:  07-CV-00170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

vs.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC., a Colorado corporation

    Defendants.

---

**ORDER GRANTING ENTRY AND CERTIFICATION OF JUDGMENT
UNDER FED. R. CIV. P. 54(b)**

---

THIS MATTER came before the Court on Plaintiff's Motion for Entry and Certification of Judgment Pursuant to Fed. R. Civ. P. 54(b) seeking an order directing entry of a final judgment and certification pursuant to Fed. R. Civ. P. Rule 54(b) specifically finding there is no just reason for delay in entering the judgment and that the order granting summary judgment is a final appealable order.

The Court having considered the motion and the arguments of counsel HEREBY FIND AND CONCLUDES:

1.    IT IS ORDERED that the summary judgment rendered by the court in the above-entitled action on December 17, 2007 in favor of Defendants, be entered as a final judgment, and the clerk is directed to immediately enter the judgment.

2.    This Court expressly determines that there is no just reason for delay in the entry of this judgment until final determination of all the issues involved in the above-entitled action

on account of the parties' stipulation and the separability of the third claim for relief, retaliation under Title VII of the Civil Rights Act of 1964, as amended.

    3.    The nature of the claims already determined is such that no appellate court will have to decide the same issue more than once even if there are subsequent appeals.

    4.    An immediate appeal will expedite or avert further litigation.

DATED:

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge