# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No.: 07-CV-00170-RPM-CBS

RUSSELL A. PULS, JR.,

    Plaintiff,

vs.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC., a Colorado corporation

    Defendants.

---

## JUDGMENT

---

Pursuant to the Order Granting Entry and Certification of Judgment under Fed.R.Civ.P. 54(b) entered by Senior Judge Richard P. Matsch on July 9, 2008, it is

ORDERED that judgment is entered for the defendants Landmark Community Newspapers, Inc., and Landmark Community Newspapers of Colorado, Inc., and against the plaintiff Russell A. Puls, Jr.

DATED: July 9, 2008

                              FOR THE COURT:

                              GREGORY C. LANGHAM, Clerk

                                  M. V. Wentz
                            By_____
                                  Deputy