**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.:  07-CV-00170-RPM-CBS

RUSSELL A. PULS, JR.,

     Plaintiff,

vs.

LANDMARK COMMUNITY NEWSPAPERS, INC.,
a Virginia corporation, and LANDMARK COMMUNITY
NEWSPAPERS OF COLORADO, INC., a Colorado corporation

     Defendants.

**NOTICE OF APPEAL**

     Notice is hereby given that RUSSELL A. PULS, JR., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Granting Motion for Summary Judgment on First and Second Claims for Relief, entered in this action on the 17th day of December, 2007, as made final by the trial court's July 9, 2008 judgment and certification issued pursuant to Rule 54(b).

Dated July 18, 2008.

                                           DARLING, BERGSTROM & MILLIGAN, PC

                                      By: _____
                                                 Bruce G. Smith
                                                 Attorney for Plaintiff
                                                 1515 Arapahoe Street
                                                 Tower 1, Suite 530
                                                 Denver, CO  80202
                                                 Telephone: (303) 623-9133