# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| RUSSELL J. PULS, JR.<br><br>vs.<br><br>LANDMARK COMMUNITY NEWSPAPERS, INC., a Virginia corporation, and LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC., a Colorado corporation. | Case No. |

## Entry of Appearance

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THE ORIGINAL OF THIS FORM, WITH PROOF OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

RUSSELL J. PULS, JR., Appellant/Petitioner in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows: **(Check one.)**

Attached hereto is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. **(File original.)**

**XX**   There are no such parties, or any such parties have heretofore been disclosed to the court. **(File original.)**

Bruce G. Smith, Esq
Name of Counsel

s/ Bruce G. Smith
Signature of Counsel

Darling, Bergstrom & Milligan PC
1515 Arapahoe Street, Tower 1, Suite 530
Denver, CO 80202
Phone: 303-623-9133
Fax: 303-623-9129
Attorneys for Appellant/Petitioner
bsmith@dbm-law.com

**A-5**  Entry of Appearance Form 10/07

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| RUSSELL J. PULS, JR.<br><br>vs.<br><br>LANDMARK COMMUNITY NEWSPAPERS, INC., a Virginia corporation, and LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC., a Colorado corporation. | Case No. |

### Certificate of Interested Parties

      The following are parties to this litigation, including persons or other entities financially interested in the outcome of the litigation, but not revealed by the caption on appeal, see 10th Cir. R. 46.1(C), and attorneys not entering an appearance in this court who have appeared for any party in prior trial or administrative proceedings sought to be reviewed, or in related proceedings that preceded the subject action in this court:

**NONE**.

**A-5**  Entry of Appearance Form 10/07

## CERTIFICATE OF SERVICE

      I, Audra Albright, hereby certify that on July 18, 2008, I sent a copy of the foregoing **Entry of Appearance and Certificate of Interested Parties** to: Barbara A. Grandjean at Jacobs Chase Frick Kleinkopf & Kelley, LLC, 1050 17th Street, Suite 1500, Denver Colorado 80265 and William M. Furr at Willcox & Savage, P.C., One Commercial Place, Suite 1800, Norfolk Virginia 23510, attorneys for Landmark Community Newspapers, Inc., a Virginia Corporation and Landmark Community Newspapers of Colorado, Inc., a Colorado corporation by way of United States mail or courier.

  s/ Audra Albright_____              \_\_\_\_7/18/08_____
Signature                                                              Date