```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX511369
Cashier ID: sq
Transaction Date: 07/18/2008
Payer Name: DARLING BERGSTROM MILLIGAN

NOTICE OF APPEAL/DOCKETING FEE
 For: DARLING BERGSTROM MILLIGAN
 Amount:        $455.00

CHECK
 Check/Money Order Num: 13886
 Amt Tendered:  $455.00

Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

07-CV-170-RPM-CBS


A fee of $45.00 will be assessed on
any returned check.
```